**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-HRH<br><br>**PLAINTIFFS' NOTICE OF RELATED CASE** |

Pursuant to Local Rule 40.2, Plaintiffs submit this notice that the present action is very closely related to *Shell Offshore, Inc. v. Greenpeace, Inc., et al.*, Case No. 3:12-cv-00042-SLG, which was filed in this District. *See Shell Offshore, Inc. v. Greenpeace, Inc.*, 864 F.Supp. 2d 839 (D. Alaska 2012), *affirmed* 709 F.3d 1281 (9th Cir. 2013). The related litigation was assigned to Judge Sharon L. Gleason.

The former *Greenpeace* litigation and the present case involve identical parties. In addition, this litigation arises from essentially identical and closely related actions by the parties. Shell is again engaged in offshore oil and gas exploration drilling activities on its same Outer Continental Shelf ("OCS") leases in the Chukchi Sea, and Greenpeace, Inc. is again engaged in

unlawful direct actions against Shell's exploration assets and activities.  Finally, the claims asserted and the relief sought in this litigation are in most respects identical to, and otherwise closely related to, the claims asserted in the former litigation among these parties (*e.g.* trespass, interference with maritime navigation and private nuisance).

For these reasons, assignment of the present action to Judge Gleason, who is already familiar with the similar factual and legal issues presented in these cases, is efficient and promotes judicial economy.

DATED:  April 7, 2015.

STOEL RIVES LLP

By: s/ Jeffrey W. Leppo
Jeffrey W. Leppo
(Alaska Bar No. 0001003)
Ryan P. Steen
(Alaska Bar No. 0912084)

Attorneys for Plaintiffs
*Shell Offshore Inc. and*
*Shell Gulf of Mexico Inc.*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900     Fax (206) 386-7500*