**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>SHELL OFFSHORE INC., et al.</u>  v.  <u>GREENPEACE, INC.</u>

THE HONORABLE H. RUSSEL HOLLAND

D<small>EPUTY</small> C<small>LERK</small>                        CASE NO. <u>3:15-cv-00054-HRH</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: April 8, 2015

      Pursuant to the system of random case assignments, this action is administratively reassigned to Judge Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: 3:15-cv-00054-RRB.

[]{IQ2.WPD*Rev.12/96}