Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-RRB<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs states that Plaintiff Shell Gulf of Mexico Inc. is a wholly owned subsidiary of Enterprise Oil North America Inc., which is a wholly owned subsidiary of Plaintiff Shell Offshore Inc. ("SOI"). SOI is a wholly owned subsidiary of SOI Finance Inc., which is a wholly owned subsidiary of Shell US E&P Investments LLC, which is, in turn, a wholly owned subsidiary of Shell Oil Company. Shell Oil Company is a wholly owned subsidiary of Shell Petroleum Inc., which is a wholly owned subsidiary of Shell Petroleum N.V. Shell Petroleum N.V. is a wholly owned subsidiary of Royal Dutch Shell plc, a publically traded corporation. Royal Dutch Shell plc has no parent company, and no publically held company owns 10 percent or more of its stock.

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 1

DATED: April 8, 2015.

STOEL RIVES LLP

By: s/ Jeffrey W. Leppo
    Jeffrey W. Leppo
    (AK Bar No. 0001003)
    Ryan P. Steen
    (AK Bar No. 0912084)

    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court - District of Alaska by using the EM/ECF system. I further certify that on April 8, 2015, a copy of the foregoing *Plaintiffs' Corporate Disclosure Statement* was served by email and regular U.S. Mail on the following:

> Michael A. Moberly
> Hozubin, Moberly, Lynch & Associates
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Email: mike@akdefenselaw.com

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo (AK Bar No. 0001003)

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

78786113.1 0079498-00003

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 3