Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7571
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-RRB<br><br>[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER |

THIS COURT, having reviewed the Plaintiffs' Verified Complaint, Motion for Temporary Restraining Order and Preliminary Injunction and supporting declarations, and having considered Defendants' opposition, if any, and the arguments presented by counsel,

Based upon the foregoing, this Court hereby FINDS that Plaintiffs Shell Offshore, Inc. and Shell Gulf of Mexico, Inc., (collectively "Shell") has demonstrated that the entry of a temporary restraining order enjoining certain ongoing and threatened activity by Defendant Greenpeace, Inc. (sometimes called Greenpeace USA) as part of an organized and staged protest of oil and gas exploration in the Arctic is well warranted. Greenpeace USA, and those acting in concert with Greenpeace USA, are currently engaged in active, hostile and unsafe trespassing on

the vessels *Polar Pioneer* and *Blue Marlin,* after illegally and dangerously boarding those vessels at sea. Greenpeace USA is threatening additional tortious actions and has demonstrated an ability to engage in additional illegal activities against Shell's vessels, property and facilities, and intent to perpetrate additional illegal acts of trespass and tortious interference. Based upon Plaintiffs' declarations, this Court FINDS that there is a serious possibility of irreparable harm to persons, property and the environment, that the balance of hardships in this instance favors the Plaintiffs, and that entry of a restraining order is in the public interest.

The Court further FINDS that Shell is likely to prevail in demonstrating that the six activists currently trespassing on the *Polar Pioneer*, Andreas Wildlund, Miriam Friedrich, Aliyah Field, Zoe Lennox, Johno Smith, and Jens Lowe, are in active concert or participation with Greenpeace Inc. (also known as Greenpeace USA). Their continued presence on the *Polar Pioneer* is unlawful, and their unknown and uncertain motives and plans create dangerous conditions.

Accordingly, this Court hereby GRANTS Plaintiffs' motion and ORDERS as follows:

1. This order applies to each of the following vessels when located on the high seas, in the United States Exclusive Economic Zone, in United States navigable and territorial waters and when located in port within the United States and its territories:

    a. *Polar Pioneer*

    b. *Blue Marlin*

    c. *Noble Discoverer*

    d. *Nordica*

    e. *Fennica*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

f. *Arctic Challenger*

g. *Corbin Foss*

h. *Aiviq*

i. *Lauren Foss*

j. *Tuuq*

k. *Ross Chouest*

l. *Harvey Champion*

m. *Harvey Supporter*

n. *Ocean Wind*

o. *Ocean Wave*

p. *Harvey Sisuaq*

q. *Harvey Explorer*

r. *American Trader*

s. *Nanuq*

t. *Barbara Foss*

u. *Tor Viking II*

v. *Guardsman*

w. *Sea Prince*

x. *Montana*

y. *Klamath*

z. *Arctic Endeavour*

aa. *Unalaq*

bb. *Benjamin Foss*

*Shell v. Greenpeace, Inc.*
*Case No. 3:15-cv-00054-RRB* - 3

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

    cc. *King C*,

    dd. *Marika*

2. With respect to each of the above described vessels, Greenpeace, Inc. (also known as Greenpeace USA) and its officers, agents, servants, employees, and attorneys, and all others who are in active concert or participation with Greenpeace Inc. (also known as Greenpeace USA) and/or its officers, agents, servants, employees, and attorneys (collectively "Greenpeace"), who receive actual notice of this order by personal service or otherwise, are enjoined from:

   a. Breaking into or trespassing on the vessels;

   b. Tortiously or illegally interfering with the operation, movement or progress of the vessels;

   c. Barricading, blocking, or preventing access to or egress from the vessels; and

   d. Tortiously or illegally endangering or threatening any employee, contractor or visitor of Shell or any of its affiliates who is present on, or as they enter or exit the vessels.

3. Greenpeace, Inc. (also known as Greenpeace USA) and its officers, agents, servants, employees, and attorneys, and all others who are in active concert or participation with Greenpeace Inc. (also known as Greenpeace USA) and/or its officers, agents, servants, employees, and attorneys (collectively "Greenpeace"), who receive actual notice of this order by personal service or otherwise, are enjoined from entering the safety zones established by paragraph 4 of this Order.

4. The following safety zones are established:

*Shell v. Greenpeace, Inc.*
*Case No. 3:15-cv-00054-RRB - 4*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

a. From the effective date of this order, while in transit on the high seas, in the United States Exclusive Economic Zone, in United States navigable and territorial waters:

   i. *Noble Discover*: 1000 meters (m).

   ii. *Polar Pioneer*: 1000 m.

   iii. *Nordica*: 500 m.

   iv. *Fennica*: 500 m.

   v. *Tor Viking II*: 500 m.

   vi. *Ross Chouest*: 500 m.

   vii. *Harvey Explorer*: 500 m.

   viii. *Harvey Champion*: 500 m.

   ix. *Harvey Supporter*: 500 m.

   x. *Harvey Sisuaq*: 500 m.

   xi. *Aiviq*: 500 m; 1000 m when towing.

   xii. *Nanuq*: 500 m.

   xiii. *Guardsman*: 500 m; 1000 m when towing.

   xiv. *Ocean Wind*: 500 m; 1000 m when towing.

   xv. *Ocean Wave*: 500 m; 1000 m when towing.

   xvi. *Corbin Foss*: 500 m; 1000 m when towing.

   xvii. *Lauren Foss*: 500 m; 1000 m when towing.

   xviii. *Barbara Foss*: 500 m; 1000 m when towing.

   xix. *Sea Prince*: 500 m; 1000 m when towing.

   xx. *Montana*: 500 m; 1000 m when towing.

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900   Fax (206) 386-7500*

    xxi. *Klamath*:  500 m; 1000 m when under tow.

    xxii. *Arctic Challenger*:  500 m; 1000 m when under tow.

    xxiii. *Arctic Endeavour*:  500 m; 1000 m when under tow.

    xxiv. *Tuuq*:  500 m; 1000 m when under tow.

    xxv. *Unalaq* (landing craft):  500 m.

    xxvi. *American Trader*:  500 m; 1000 m when towing.

    xxvii. *Benjamin Foss*:  500 m.

    xxviii. *King C* (crew boat):  500 m.

    xxix. *Marika* (resupply tanker):  1000 m.

  b. Each of the above-listed safety zones in subparagraph (a) would be reduced to 100 m for vessels transiting through narrow channels designated as piloted waters.

5. As of the effective date of this order, the six activists currently trespassing on the *Polar Pioneer*, Andreas Wildlund, Miriam Friedrich, Aliyah Field, Zoe Lennox, Johno Smith, and Jens Lowe are ordered to immediately remove themselves from the *Polar Pioneer* and surrender to the Master of the *Blue Marlin*, who will arrange for their removal from the *Blue Marlin* at a safe and appropriate location and time.

6. This Temporary Restraining Order is effective as of the date and time that Shell shall have placed with the clerk of the court a cash bond or other appropriately secured undertaking to pay costs associated with the temporary restraining order should it later be determined to have been wrongly issued. The penal sum of such bond shall be Five Thousand Dollars ($5,000.00).

*Shell v. Greenpeace, Inc.*
*Case No. 3:15-cv-00054-RRB - 6*

7. This Temporary Restraining Order shall expire fourteen (14) days from the date of this Order unless extended by further order of this court.

8. A hearing on Shell's Motion for a Preliminary Injunction is scheduled before this Court on or before _____. Any opposition by defendants to that motion shall be served and filed on or before _____, and plaintiff shall serve and file any reply on or before _____.

IT IS SO ORDERED this _____ day of April, 2015.

                                              Honorable Ralph R. Beistline
                                              U.S. District Court Judge
                                              District of Alaska

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*