Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-RRB<br><br>DECLARATION OF ROCKY LEE |

**STOEL RIVES LLP**
600 University Street, Suite 3600 Seattle, WA 98101
*Main (206) 624-0900  Fax (206) 386-7500*

ROCKY LEE declares as follows:

1. My name is Rocky Lee. I have first-hand experience with, and personal knowledge of, the facts and matters discussed in this declaration.

2. I am the Fixed Wing ("FW") Aviation Manager responsible for all FW aircraft supporting the Arctic operations of Shell Gulf of Mexico Inc. ("SGOMI") and of Shell Offshore Inc. ("SOI") in Alaska. Both SGOMI and SOI indirectly are wholly owned subsidiaries of Shell Oil Company. In this declaration, SGOMI and SOI are sometimes collectively referred to as "Shell."

DECLARATION OF ROCKY LEE
*Shell v. Greenpeace, Inc., et al. - 1*

3. My association with the oil and gas industry started in 1984 in the Gulf of Mexico when I accepted a pilot position with a major helicopter operator servicing offshore vessels and platforms. I performed this work from September 1984 through April 1987. Subsequently, I accepted a commission as an officer in the U.S. Coast Guard and, in June 1987, I reported to Sitka, Alaska as a helicopter pilot supporting maritime search and rescue, maritime law enforcement, and maritime aids to navigation. I also served many weeks in Valdez, Alaska and Cordova, Alaska, supporting oil spill cleanup efforts following the grounding of the *M/V Exxon Valdez* in 1989. I left Sitka in March 1990 and reported to the U.S. Coast Guard Aviation Training Center in Mobile, Alabama as a helicopter pilot instructor. Following that tour, in June 1993, I reported to the U.S. Coast Guard Air Station in Kodiak, Alaska, and spent the next six years there flying the HH-60J helicopter (1993-1996) and the C-130 airplane (1996-1999). From 1999 to 2000, I served an assignment at the U.S. Coast Guard Air Station in Barbers Point, Hawaii. In December 2000, I returned to the U.S. Coast Guard Air Station in Kodiak, Alaska, and spent the next four years flying the C-130 throughout the State of Alaska, including the Chukchi and Beaufort Seas. I performed follow on assignments in Clearwater, Florida and Alameda, California before retiring from the U.S. Coast Guard.

4. In June 2007, I accepted a position with Shell as the Aviation Manager in Anchorage, Alaska, and held that position from June 2007 to November 2008, during which time I managed Shell air operations in Alaska and northwest Canada. From November 2008 to September 2009, I worked as a pilot for the North Slope Borough Search and Rescue in Barrow, Alaska. From September 2009 through December 2012, I worked as a contract pilot for the U.S. Department of State flying helicopters in Florida, Pennsylvania, Virginia, and Afghanistan. I departed the U.S. Department of State in December 2012 to accept a position as the Search and

Rescue Base Manager for VIH Cougar Helicopters in Barrow, Alaska. I performed that job for one year before returning to Shell in January 2014 to again serve as its Aviation Manager in Anchorage, Alaska — the position I currently hold. In total, I have accrued over 9,500 hours of flight time in helicopters, turboprops, and jet aircraft; with over 5,000 flight hours in Alaska, including the North Slope and adjacent waters.

5. During the 2015 open water season, Shell intends to conduct exploration activities on federally managed Outer Continental Shelf oil and gas leases located offshore of the northwestern coast of Alaska in the Chukchi Sea. Shell's 2015 Arctic exploration plan is described in the Declarations of Michael Battle and David George, the details of which are not repeated in this declaration.

6. Shell's 2015 Arctic exploration program is planned to be supported, in part, by aircraft from aviation facilities located in Barrow, Alaska. Shell's aviation assets are planned to operate from the leased Ravn Alaska hangars and ramp lots 2A, 3C, 4A Block 100, and the old Era Alaska passenger terminal Lot 4 Block 300: Wiley Post Will Rodgers Memorial Airport 1751 Ahkovak St., Barrow, Alaska. Shell's planned aviation operations from Barrow include five primary aircraft. Three S92 helicopters will serve as passenger transport to and from the helideck-equipped vessels located in the Chukchi Sea. Six helideck-equipped vessels planned to be in the Chukchi Sea include the drilling vessels *Noble Discoverer* and *Polar Pioneer*, along with the other helideck-equipped motor vessels *Nordica*, *Fennica*, *Sisuaq*, and *Aiviq*. One additional S92 helicopter is dedicated for search and rescue, emergency recovery, and MEDEVAC missions for the Chukchi Sea operations. This aircraft will be capable of hoisting to any and all vessels in the fleet. The third aircraft is a FW AeroCommander, to be utilized primarily for marine mammal observation surveys.

**STOEL RIVES LLP**
600 University Street, Suite 3600 Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

7.      The safe, ongoing, and effective operation of the facilities described above, and the related aviation support and associated aircraft, is critical to a proper and timely execution of exploration drilling activities and is necessary to ensure the continued safety of all personnel involved in the summer drilling program.

8.      It is critical for the safe and effective operation of Shell's 2015 exploration activities that the helicopters providing support to vessels are able to conduct search and rescue missions and passenger/cargo transportation free from any outside interference. Any unauthorized or unplanned interference by Greenpeace activists that affects aviation support would pose an unacceptable and serious safety risk to Shell employees and contractors, as well as to the Greenpeace activists. In order to protect against any such unauthorized or unplanned interference, I recommend, based upon my professional judgment, experience, and expertise, the following airspace safety zones: 3,000 feet above ground level and 1.0 nautical mile radius minimum from (i) all helideck-equipped vessels at all times and (ii) all other vessels while helicopter hoisting is being conducted.

9.      A 3,000-foot restriction is consistent with Federal Aviation Administration ("FAA")-restricted airspace around some Temporary Flight Restriction areas, and reduces the likelihood of a mid-air collision. The 1.0 nautical mile lateral restriction increases the time available for operators to see and avoid each other, in accordance with AC 90-80B, Approval of Offshore Standard Approach Procedures, Airborne Radar Approaches, and Helicopter En Route Descent Areas, and other VFR traffic. The above-described safety zones should take effect on June 25, 2015 (Shell plans to conduct FW marine mammal overflights prior to the vessel fleet arriving on location), and should remain in effect through October 31, 2015. The timing of

Shell's 2015 Arctic exploration program is described in more detail in the Declaration of Michael Battle.

10. The FAA and the National Transportation Safety Board have many documented cases of fatal mid-air collisions occurring with more than one aircraft operating near a common area. Extensive airspace infrastructure and procedures have been developed to minimize this threat in the United States. While operating over the Outer Continental Shelf, the vessels and our aircraft will occupy Class G airspace — the least restricted airspace — which is outside of the Flight Information Region and is regarded as uncontrolled airspace. There are no radar separation services available in the offshore region. The FAA has no present plans to incorporate any additional control measures to mitigate the anticipated increase in air traffic. It is critical that additional preventive measures are in place to guard against the safety risks, including potential for a mid-air collision, posed by unauthorized or unplanned aircraft operated by Greenpeace activists or those acting in concert with them. Any such activity poses a real and credible threat to the safety of the aircrew and the passengers aboard our aircraft and theirs.

11. Shell's contracted helicopters will have an array of flight safety enhanced measures such as dual crew, instrument certified, encoded transponder, barometric and radar altimeter, weather radar, and traffic collision avoidance system. However, the safety features of any aircraft operated by Greenpeace are unknown. If a mid-air collision were to occur, there would most assuredly be fatalities. The location is 124 nautical miles from Barrow and 75 nautical miles from Wainwright. If an aircraft were to ditch in those waters, survivability would be approximately two hours with dry suits and proper safety equipment, and approximately 15 minutes without.

**STOEL RIVES LLP**
600 University Street, Suite 3600 Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

DECLARATION OF ROCKY LEE
*Shell v. Greenpeace, Inc., et al. - 5*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Anchorage, Alaska this 7th day of April, 2015.

_____
ROCKY LEE

STOEL RIVES LLP
600 University Street, Suite 3600 Seattle, WA 98101
Main (206) 624-0900    Fax (206) 386-7500

DECLARATION OF ROCKY LEE
*Shell v. Greenpeace, Inc., et al.* - 6

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court - District of Alaska by using the EM/ECF system. I further certify that on April 8, 2015, a copy of the foregoing document was served by email and regular U.S. Mail on the following:

Michael A. Moberly
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, AK 99501
Email: mike@akdefenselaw.com

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo (AK Bar No. 0001003)

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900    Fax (206) 386-7500*

78795094.1 0079498-00003

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 1