Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation, | Case No.: 3:15-cv-00054-RRB |
| Plaintiffs, | |
| v. | DECLARATION OF MICHAEL J. BATTLE |
| GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20, | |
| Defendants. | |

MICHAEL J. BATTLE declares as follows:

1.     My name is Michael J. Battle.   I make this declaration on the basis of personal knowledge, and on the basis of the statements and information contained in the exhibits referenced in this declaration.  I am competent to testify to the matters stated herein, which are true and correct to the best of my knowledge, information, and belief.

2.     I am the Project Manager for the Shell Alaska Venture.  In my capacity as Project Manager, I am responsible for developing the integrated activity plan for the 2015 Alaska drilling program, and overseeing the safe execution of this plan in coordination with our

DECLARATION OF MICHAEL J. BATTLE
*Shell v. Greenpeace, Inc., et al.*
Case No. 3:15-cv-00054 RRB
Page 1 of 21

contractor partners. To effectively accomplish this role, I work hand-in-hand with the drilling, logistics, exploration, regulatory, and other functions of the operation for Shell Offshore Inc. ("SOI") and Shell Gulf of Mexico Inc. ("SGOMI"). In this declaration, SOI and SGOMI are sometimes collectively referred to as "Shell."

3. I have eight years of oil and gas industry experience as an operations planner, production planner, and project manager, all with Shell. My oil and gas experience has focused primarily on Shell Deepwater Operations and Alaska. As indicated above, I currently serve as the Project Manager for the Shell Alaska Venture. Prior to holding my current position, I was the Planning and Project Lead for the Shell Alaska Venture, and the Integrated Planning and Production Planning Lead for Shell's Deepwater Assets. Before joining Shell, I served as an Intelligence Officer in the United States Air Force from 1999 to 2007. In this capacity, I served in several operational and integration assignments throughout the world in peacetime and in combat. I have a Bachelor of Science degree in Biochemistry from the United States Air Force Academy and a Masters of Business Administration from Regis University. I am also a certified Project Management Professional.

## SHELL'S 2015 ARCTIC EXPLORATION PROGRAM

4. During the 2015 open water season, Shell intends to conduct exploration activities on federally managed Outer Continental Shelf ("OCS") oil and gas leases located approximately 60 to 75 miles offshore of the northwestern coast of Alaska in the Chukchi Sea. Exhibits 1, 2, and 3, attached to the Declaration of David George, provide maps describing the location and logistics of Shell's planned 2015 Arctic exploration program as well as excerpts from Shell's final exploration drilling plan for the 2015 Arctic exploration program.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

5.      The drilling vessels that will be used for 2015 exploration drilling in the Chukchi Sea are the *Noble Discoverer* and the *Polar Pioneer*.  During Shell's 2015 drilling season, the *Noble Discoverer* and the *Polar Pioneer* will each be attended by numerous vessels, as described in detail in the Declaration of David George and the associated exhibits.  Both vessels are under contract to Shell.

6.      Mobilization of Shell's 2015 Arctic exploration fleet is underway.  The *Noble Discoverer* and the *Polar Pioneer* left Malaysia in early March of 2015.  The Noble Discoverer is traveling under its own power, while the *Polar Pioneer* is being transported from Malaysia aboard the heavy lift vessel *Dockwise Blue Marlin*.  Both vessels are destined for ports in Washington to make final preparations for the drilling season and will ultimately transit to Alaska sometime in May or June.  Other essential vessels must transit on a specific schedule from the Pacific Northwest and other locations to the Arctic Ocean.  Support vessels are currently located all over the world, including locations in Finland, Louisiana, Washington, and Alaska.  Mobilization of all of these vessels is scheduled to occur throughout the spring of 2015 (and, in some cases, has already begun), with all vessels scheduled to arrive at their planned Alaska destinations at various dates in May and June 2015.  Depending on their current locations, these vessels will take various routes in transit to Alaska that will include transit through U.S. jurisdictional waters in the Gulf of Mexico and the Pacific Ocean (including Puget Sound).

7.      Some vessels in transit to Alaska prior to July 1, 2015 will be moored at various ports located within U.S. jurisdictional waters.  For example, the *Aiviq* is docked in the Puget Sound undergoing modifications in preparation for the 2015 drilling season.  In addition, vessels

DECLARATION OF MICHAEL J. BATTLE
*Shell v. Greenpeace, Inc.*
Case No. 3:15-cv-00054 RRB
Page 3 of 21

will be moored at various locations in Alaska during the exploration drilling season from July 1, 2015 through October 31, 2015.

8.      At the Port of Seattle, both the *Polar Pioneer* and the *Noble Discoverer* will undergo scheduled load-out and other preparatory work for the 2015 season.  Interference with this work places at risk Shell's ability to meet project schedules.

9.      Shell's 2015 Arctic exploration program will be supported by a number of onshore facilities.  These facilities will serve various essential roles, including housing and training of crews, storage of equipment, logistical support, sample storage, search-and-rescue capability, and support for aviation operations.  The safe, ongoing, and effective operation of these facilities is critical to a proper and timely execution of exploration drilling activities and is necessary to ensure the continued safety of all personnel involved in the summer drilling program.  Particularly important is the safe, ongoing, and effective operation of aviation facilities located in Barrow, Alaska, as described in the Declaration of Rocky Lee.  These facilities are essential to Shell's 2015 Arctic operations and to the safety of the vessels and the crews.

10.     All of the vessels, and the aviation facilities and associated aircraft, described above and in the Declarations of David George and Rocky Lee, are critical to the safe and successful completion of Shell's 2015 exploration program.  Any efforts to impede, blockade, or otherwise delay or disrupt the operation of any of those vessels, or the aviation facilities or associated aircraft, will have unacceptable negative ramifications to the safe, timely, and successful completion of the 2015 exploration program.  As set forth in the Declarations of David George and Rocky Lee, any such efforts present unacceptable risks to human life, property, and the environment.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA  98101
Main (206) 624-0900    Fax (206) 386-7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

11.     The ability to conduct exploration drilling in the Arctic Ocean occurs during the brief portion of the Arctic open water season during which operations depend on ice conditions, weather, the potential to interfere with Alaska Native subsistence activities, or the potential to affect marine mammal passage.   Impeding, blockading, or otherwise delaying our 2015 exploration drilling operations, or forcing Shell to cease operations for some period of time, would have a series of irreparable impacts on the interrelated web of agreements and permits among Shell and numerous contractors, suppliers, federal agencies, and Native organizations.

12.     Shell's 2015 exploration drilling plans have required an enormous and costly effort, involving coordination of numerous permitting and regulatory requirements from federal agencies, study and accommodation of Native rights and concerns, and coordination and mobilization of numerous necessary and interrelated contract services to construct, transport, install, supply, fuel, and ultimately operate the drilling and support vessels in their remote locations.   Because of the complexity of the numerous interrelated permitting, logistical and operational activities, and contractual services, and the limitations imposed by navigational, weather, tides, and ice conditions, a delay of even a single day presents the very real risk that Shell will be unable to conduct or complete its exploration drilling program.

13.     Shell has invested a considerable amount of resources in order to conduct exploratory drilling offshore in Alaska.  To date, that investment is approximately $7 billion.  As reported in the press, the costs for the 2015 program alone are expected to exceed $1 billion. Given the extent of Shell's investment and the short summer drilling window, each and every day is of vital importance to Shell in its ability to successfully complete the 2015 drilling program.

14.     Greenpeace brands itself as a world-wide environmental advocacy organization that pursues its policy objectives through confrontational means, including blockades, trespass, and other forms of illegal interference with the governmental and corporate activities it opposes. Greenpeace is well known for continuously and unrepentantly taking illegal actions in pursuit of its policy perspectives.  Greenpeace is committed to opposing and preventing continued and expanded oil and gas activities in U.S. waters through confrontational, unsafe, and illegal blockade and trespass tactics.

15.     As part of its international campaign against oil and gas development and production in the Arctic, Greenpeace has launched an aggressive campaign specifically aimed at preventing Shell from carrying out its exploration drilling program in the U.S. waters of the Chukchi Sea off the coast of Alaska in 2015.  As part of this campaign, Greenpeace has engaged, is currently engaging, and, based on its public statements, will very likely continue to engage, in illegal activities against Shell's vessels, property, and facilities.  For example, as further described below, as recently as April 6, 2015, six members of the crew of the Greenpeace vessel *Esperanza* willfully, recklessly, and illegally boarded the *Blue Marlin* on the high seas approximately 750 miles northwest of Hawaii, and thereafter scaled and now illegally occupy the *Polar Pioneer*.  Greenpeace's present and future actions against Shell pose potential significant, substantial, and irreparable harm to people, property, and the environment.

16.     The following sets forth a series of events that shows how Greenpeace's Arctic campaign has developed over past years and how it is currently unfolding as part of a comprehensive and coordinated effort.  Unless noted otherwise, the exhibits referenced in this declaration are copies of articles, blog entries, "tweets," and other documents that I understand

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

were obtained from various sources on the Internet, including Greenpeace's website, Greenpeace "blogs," Twitter feeds, and various news organization websites. *See* Keithley Decl., Exs. 101 through 138.

17. Greenpeace has displayed a pattern of unlawful conduct related to Shell's activities. In May 2010, seven Greenpeace members unlawfully boarded the *Harvey Explorer* in the Gulf of Mexico. The *Harvey Explorer* was under contract with Shell for Arctic exploration in the summer of 2010. Greenpeace vandalized the *Harvey Explorer* with oil from BP's spill in the Gulf of Mexico. All seven Greenpeace members were reportedly arrested and charged with felonies. *See* Keithley Decl., Ex. 101.

18. In 2012, when Shell again announced its intent to conduct Arctic exploration activities, Greenpeace resumed its tortious activities against Shell as part of its "Stop Shell" campaign. Greenpeace made numerous public threats that it intended to stop Shell from conducting oil and gas exploration activities in the Arctic Ocean in 2012, and that it would not cease its actions against Shell until Shell agreed to stay out of the Arctic. *See* Keithley Decl., Exs. 102 through 104. Greenpeace's Stop Shell campaign is multi-faceted, and includes, but is not limited to, direct actions taken by activists against corporate offices, refining assets, and retail outlets; targeting Shell's business partners; developing fake Shell websites and promotional events; organizing protests in general; initiating letter and email campaigns to Shell officials and political figures; and participating in a barrage of legal challenges to the permits and approvals related to Arctic drilling.

19. On or about February 23, 2012, Greenpeace members unlawfully boarded and occupied the *Noble Discoverer*, a ship under contract for Shell's Arctic drilling program, for the express purpose of preventing or delaying its transit from New Zealand to the Arctic. Six

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

Greenpeace members were arrested and charged with burglary, and the charges were later reduced to unlawful boarding and occupying the vessel. *See* Keithley Decl., Exs. 102 and 105.

20. In March and May of 2012, Greenpeace continued to direct illegal activities at vessels contracted to Shell for Arctic exploration. Twenty Greenpeace activists boarded and occupied Shell's contracted ships, the *Nordica* and the *Fennica*, at a port in Finland on March 16, 2012. Twenty Greenpeace activists boarded and barricaded themselves on the *Nordica* again on May 1, 2012, and twenty others placed buoys in the intended path of the vessel and attempted to paint "Stop Shell" on the vessel. Greenpeace members dangerously pursued and boarded the *Nordica* while traveling at 12 knots in open water on May 3, 2012, and swam in front of the *Nordica* on May 4, 2012, when the *Nordica* was underway. Numerous Greenpeace members were arrested related to these events. *See* Keithley Decl., Ex. 106.

21. Greenpeace's 2012 direct action campaign to stop Shell from drilling in the Arctic was ultimately halted when this Court issued a preliminary injunction against Greenpeace, Inc. (also referred to as "Greenpeace USA"), notwithstanding reported threats from Greenpeace International's Executive Director Kumi Naidoo that Greenpeace was moving to a "war footing" and that he was ready to "die for the cause," or from Greenpeace USA employee Jackie Dragon that "[w]e know there is an injunction in place, but we will act according to what we think is in the best interests of the planet." *See* Keithley Decl., Exs. 103 and 107.

22. On or about January 29, 2015, Shell announced its intent to resume Arctic exploration drilling in the Chukchi Sea on its OCS leases in the summer of 2015. Greenpeace immediately reinitiated its "Stop Shell" campaign, explaining that it would once again take whatever action is necessary to stop Shell. As Greenpeace's Director of USA operations, Annie Leonard, reportedly explained during its 2015 Arctic Campaign kickoff, "we need to do

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900    Fax (206) 386-7500

everything that we can  to stop that drilling from happening this summer."  She explained: "Greenpeace around the world have all agreed that stopping drilling in the Arctic and protecting the Arctic is a priority" and that all the Greenpeace offices "can work together towards one big global goal."  Leonard also clearly reaffirmed that unlike many other environmental groups that may voice their political opposition through lawful means, Greenpeace is willing to do more: "Greenpeace can bring some special things to the table . . . we have ships . . . we have ships and you can do special things with ships when it comes to protecting the ocean and I'll leave it at that . . . ."  Leonard has also stated that "we won't stand by and watch this catastrophe unfold."  *See* Keithley Decl., Exs. 108 through 110.

23.     On or around March 12, 2015, Greenpeace USA in coordination with other Greenpeace announced that they were "searching the globe for a bold group of people to do something extraordinary with us very soon."  Greenpeace provided a quiz to identify potential recruits that might be willing to "climb an anchor chain through a water-cannon blast" in order to "stop an oil rig from drilling in pristine waters."  Greenpeace USA (and other Greenpeace offices) also explained through their websites, Facebook pages, and twitter that "six brave volunteers are on their way to a secret location."  The campaign solicited support and funding to help their "secret plan" succeed.  *See* Keithley Decl., Exs. 111 through 112.

24.     Beginning in March 2015, and continuing to the present, the Greenpeace vessel *Esperanza* has closely followed the *Blue Marlin*, which is transporting the *Polar Pioneer* across the Pacific Ocean.  On or about the morning of March 23, 2015 (local time), Greenpeace launched from the *Esperanza* a rigid-hulled inflatable boat ("RHIB") with five persons on board. For over two and one-half hours, the RHIB circled and sailed in front of and behind the *Blue*

*Marlin*, coming within 0.5 nautical mile at speeds exceeding 15 knots (17 miles per hour). *See* Keithley Decl., Ex. 113.

25. During the March 23, 2015 encounter, the RHIB's captain used potentially dangerous maneuvers. In one instance, the RHIB stopped directly in front of the *Blue Marlin* in the sun's reflection. At another point during the event, the RHIB stopped directly in the path of the *Blue Marlin*, all while the *Blue Marlin* was traveling at 10 knots. The RHIB also sailed directly at the *Blue Marlin* from off the *Blue Marlin's* starboard bow, and performed a series of "feinting" maneuvers. The *Blue Marlin* continued on its course throughout the encounter and did not engage or react to the RHIB. The passengers in the RHIB carried at least one camera with a telephoto lens. A photo that Greenpeace activists recently published on the internet strongly indicates that the RHIB passengers took photographs. On or about March 26, 2015, Greenpeace resumed its feigns, with the *Esperanza* closing to within 0.5 nautical mile of the *Blue Marlin*. Because of the navigational safety hazards presented by this action, the Captain of the *Blue Marlin* had to radio the *Esperanza* and instruct it to back off to a safe distance. Following these events, the *Esperanza* continued generally to match course with the *Blue Marlin*, in addition to launching RHIB on multiple occasions. Greenpeace continued to shadow the *Blue Marlin* and *Polar Pioneer*, posting its exploits on its "Save the Arctic/the Crossing" website. *See* Keithley Decl., Exs. 114 through 116.

26. On March 24, 2015, Greenpeace announced that its "six brave people" on a secret mission were, in fact, on the *Esperanza*. The six people reportedly include Greenpeace members from several different offices around the world: Andreas Widlund (Sweden), Miriam Friedrich (Austria), Aliyah Field (United States of America); Zoe Lennox (Australia); Johno Smith (New Zealand); and Jens Loewe (Germany). Aliyah Field has reportedly been arrested at least twice in

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

Greenpeace USA protests. In one of the highly publicized arrests, Aliyah Field reportedly rappelled down a building. Greenpeace identifies Andreas Widlund and Jens Loewe as "climbers." Greenpeace USA actively solicits support, including financial support, for these six volunteers on its website. Greenpeace USA also actively tweets about the current actions of the *Esperanza*, referring to its crew as "our volunteers." *See* Keithley Decl., Exs. 115 and 117.

27. Greenpeace has also stated that the aforementioned six people are "stalking" Shell, "tracking" Shell, "on the tail" of Shell's ships to "confront Shell," and that "the chase is on." "The Crossing" campaign and propaganda accuses Shell of being "Arctic villains" and states that Greenpeace will not allow Shell "to slip into the Arctic quietly." Greenpeace also predicts future action against Shell, stating that Greenpeace does not know "whether we'll succeed." Greenpeace has stated that "Obama could have stopped @Shell Arctic Drilling but he didn't, now we must do it" and "We know we're ready to take the next step." American Aliyah Field, currently on board the *Esperanza*, stated on March 31, 2015, "I'm not gonna stop. We've only just begun," "Shell just got one step closer to the Arctic, so we must step up," and "The Arctic is off-limits to #Shell." Other climbers on board the *Esperanza* have also stated that they intend to stop Shell and discussed activities involving lighted banners and RHIBs to "get a closer look at this beast," the *Polar Pioneer*. *See* Keithley Decl., Exs. 115 and 118 through 119.

28. On April 6, 2015, Greenpeace again launched three RHIBs from the *Esperanza* manned by Greenpeace activists, including the six experienced specialists Greenpeace USA identified as its participants in an "extraordinary" direct action against Shell. The six Greenpeace activists, including Aliyah Field, willfully, unlawfully and recklessly boarded the *Blue Marlin* while underway transiting on the high seas of the Pacific Ocean. Subsequently, these same activists willfully and recklessly climbed and continue to occupy the *Polar Pioneer*.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

DECLARATION OF MICHAEL J. BATTLE
*Shell v. Greenpeace, Inc.*
Case No. 3:15-cv-00054 RRB

The Greenpeace activists have restocked themselves from the *Esperanza*, remain unlawfully and recklessly aboard and occupying the *Blue Marlin* and the *Polar Pioneer*. The activists reportedly have set up a "camp" under the drill rig's main deck and are equipped with "enough food and other supplies to remain atop the *Polar Pioneer* until it reach[s] the Port of Seattle." The activists supplies reportedly include water, hammocks, climbing gear, tarps, and a wind shelter. *See* Keithley Decl., Ex. 136. The *Esperanza* continues to launch RHIBs that approach the *Blue Marlin* to resupply the activists on board the *Blue Marlin*.

29. Greenpeace USA is fully aware of, participating in, and actively supporting the *Esperanza's* actions. Aliyah Field, as described above, is an American and was specifically selected by the Greenpeace USA office to "star" in this campaign. In addition, Greenpeace USA's Facebook page, its website (www.greenpeace.org/usa/en/), and its Twitter account have all adopted "The Crossing" campaign and prominently display support of, and links to, the campaign's website (www.savethearctic.org/en-GB/live/). Greenpeace USA's website, Facebook page, and Twitter account use The Crossing as their headline photo, so The Crossing is the top item on the webpages. *See* Keithley Decl., Exs. 119 through 120.

30. In connection with the unlawful boarding of the Blue Marlin, Aliyah Field has stated that the activists are "determined to stop [Shell]" and that by boarding the *Blue Marlin*, she has done "everything in [her] power to stop" Shell. Greenpeace USA actively supports and advertises the boarding on its website (www.greenpeace.org/usa/en/), as well as publicizing the boarding on its Facebook and Twitter pages. Greenpeace also published video of the activists who boarded the *Polar Pioneer* as they prepared to board (https://www.youtube.com/watch?v=QJrbOl09UnU&feature=youtu.be). Aliyah Field is

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900  Fax (206) 386-7500

prominently featured in the video, stating again Greenpeace USA's intent to "stop companies as big as Shell." *See* Keithley Decl., Ex. 137.

31.     As detailed further below, Greenpeace USA is also directly involved in organizing and planning protests in Seattle, where Shell has leased space at the Port of Seattle. Greenpeace USA also reportedly began advertising for an Arctic Campaign Organizer in Seattle to "stop Shell's dangerous drilling plans," to "make sure that Shell and other companies do not get to put short term profits over the fate of our planet," and to "keep Arctic oil in the ground." Greenpeace USA has also reportedly advertised for an Arctic Campaign Director in Washington, DC, or San Francisco, CA, to ensure successful "direct action [by Greenpeace, Inc.] as a campaign tactic." Some individuals opposed to Shell's presence in Seattle have reportedly indicated that they will block access to Port facilities by placing kayaks or inflatable boats in the water to create a human shield. Greenpeace has publicly supported the Seattle "flotilla of kayaks" to stop Shell's Arctic fleet and encouraged people to attend an associated training. *See* Keithley Decl., Ex. 121.

32.     Greenpeace has also actively campaigned against use of the *Nordica* and *Fennica* in Shell's operations this summer. Greenpeace has reportedly prepared the *Arctic Sunrise* to go to the Arctic this summer. *See* Keithley Decl., Exs. 122 and 138.

33.     Greenpeace's unlawful activities against Arctic exploration are not limited to actions against Shell. In fact, Greenpeace's direct actions against Arctic exploration have increased in frequency in recent years:

    a.  In August and September 2010, Greenpeace reportedly took direct action against the UK's Cairn Energy operation offshore of Greenland. Using the Greenpeace vessel *Esperanza* as a launching point, small craft dangerously

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

evaded a security line, and four Greenpeace climbers boarded the *Stena Don* drillship, attached themselves to the underside of the drillship, and had to be rescued by Greenland police after the weather turned bad. The four climbers were reportedly arrested by Greenland police for breaching the 500-meter safety zone and for criminal trespass. *See* Keithley Decl., Ex. 123.

b. On April 22, 2011, Greenpeace again reportedly launched a direct action campaign against Cairn Energy. Eleven climbers boarded the drill rig *Leiv Eiriksson* and asked the vessel to stop. They unfurled a banner on the drill rig and occupied a gangway for 12 hours until forced to retreat by a gale. *See* Keithley Decl., Ex. 124.

c. In May 2011, again targeting Cairn Energy and using the *Esperanza* as their launching point, two Greenpeace members reportedly attached themselves and hung in a survival pod next to the drill bit on the Cairn vessel the *Leiv Eiriksson*. After four days, Danish Navy removed and arrested the Greenpeace trespassers. As a result of Greenpeace's actions, Cairn Energy reportedly secured an injunction against Greenpeace, and a penalty of 50,000 euros per day (up to 1 million euros) if Greenpeace violated the injunction. Greenpeace members, including Greenpeace International Executive Director Kumi Naidoo, reportedly violated the injunction in June 2011 by again boarding the *Leiv Eiriksson*. The Greenpeace members were reportedly removed and arrested. *See* Keithley Decl., Ex. 125.

d. In the summer of 2012, when this Court's injunction prevented Greenpeace from continuing its direct action against Shell in Alaska, Greenpeace focused

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

its direct action campaign on the Russian Arctic. On August 24, 2012, using the Greenpeace vessel *Arctic Sunrise* as its launching point, six Greenpeace climbers on three RHIBs reportedly boarded the *Prirazlomnaya* Arctic oil platform operated by Gazprom. After two days of disruptive activities, Greenpeace voluntarily ended that occupation. On August 27, 2012, Greenpeace again reportedly launched RHIBs from the *Arctic Sunrise* to intercept the *Anna Akhmatova*, a passenger vessel carrying workers to the *Prirazlomnaya*. Greenpeace members chained one of their inflatable boats to the *Anna Akhmatova* and its anchor chain. Gazprom used water cannons to deter Greenpeace members and ultimately washed Greenpeace members into the Arctic Ocean and cut the boat free. On September 28, 2012, Greenpeace members chained another of their inflatable boats to the mooring line between the *Prirazlomnaya* and the *Anna Akhmatova*, which was ultimately flipped upside down by maneuvers of the *Anna Akhmatova*, dumping Greenpeace members into the Arctic Ocean. Gazprom reportedly postponed its plans to drill until 2013. *See* Keithley Decl., Ex. 126.

e. On April 10, 2013, three Greenpeace members dressed as polar bears reportedly boarded the West Hercules oil rig, operated by Statoil, in Olen Port, Norway. The activists reportedly had to be escorted off by Statoil personnel. *See* Keithley Decl., Ex. 127.

f. In September 2013, Greenpeace again used the *Arctic Sunrise* to reportedly target Gazprom with unlawful and dangerous direct action. Greenpeace used RHIBs to approach the *Prirazlomnaya*, and two Greenpeace members

attempted to scale the rig under heavy spray from water cannons. The Russian Coast Guard reportedly tried to dislodge the climbers, while Greenpeace's inflatable vessels refused to obey Coast Guard commands to disengage. Russian and Greenpeace vessels collided a number of times. The Russian Coast Guard reportedly fired live ammunition from machine guns at the Greenpeace boats to gain compliance. *See* Keithley Decl., Ex. 128.

g.  On September 19, 2013, after the climbers were captured on the *Prirazlomnaya*, the *Arctic Sunrise*, under American Captain Peter Willcox, reportedly refused Russian Coast Guard orders to halt and ignored repeated warning shots from the Coast Guard. Armed Russian security forces had to forcibly board the fleeing *Arctic Sunrise* by helicopter. The *Arctic Sunrise* was towed to the Russian Port of Murmansk and impounded. In total, thirty people on board the *Arctic Sunrise* were reportedly arrested and charged with piracy and hooliganism. *See* Keithley Decl., Ex. 129.

h.  In March 2014, Greenpeace activists, including at least one U.S. citizen, reportedly boarded and occupied ExxonMobil's *West Alpha* oil rig in port in Olen, Norway, to protest planned exploration by the rig in the Kara Sea. *See* Keithley Decl., Ex. 130.

i.  Greenpeace reportedly continued its illegal activities against Gazprom in May of 2014, this time using the Greenpeace vessel *Rainbow Warrior*, along with several smaller boats and a paraglider, in an effort to stop the Russian oil tanker *Mikhail Ulyanov* from docking at Rotterdam port. The *Mikhail Ulyanov* was reportedly carrying oil from Arctic drilling. Greenpeace

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900    Fax (206) 386-7500*

reportedly used the *Rainbow Warrior* and several inflatable boats to block access to the dock. The Master of the *Mikhail Ulyanov,* Stanislav Chichin reportedly described the reckless nature of Greenpeace's actions: "[t]he actions of Greenpeace break the fundamental principles of international conventions for safety at sea as well as environmental safety." As the *Mikhail Ulyanov* was attempting to moor up to the dock, "the Greenpeace vessel Rainbow Warrior deliberately tried to prevent the safe mooring of the vessel, putting herself between the hull of the tanker and the berth, risking their people and of the port." American Captain Peter Willcox was again among the Greenpeace members involved in this incident. Armed Dutch anti-terror police reportedly had to board the *Rainbow Warrior,* secure the vessel, and tow it outside the port. *See* Keithley Decl., Ex. 131.

j. Again in May 2014, Greenpeace reportedly targeted Gazprom by occupying the *Saturn* drilling platform while it sat in the IJmuiden seaport. Thirty Greenpeace members and divers chained the drilling platform to the quay to stop the platform from leaving port. Six Greenpeace activists were reportedly arrested. *See* Keithley Decl., Ex. 132.

k. Also in May 2014, using the *Esperanza*, Greenpeace reportedly boarded a Statoil drilling rig, the *Transocean Spitsbergen*, on the high seas north of Norway, while the rig was en-route to an Arctic drilling site. Fifteen Greenpeace members reportedly occupied the rig, with some attaching themselves to the underside of the vessel. Norwegian police had to remove the Greenpeace members to allow the rig to move to the drilling site. This did

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900    Fax (206) 386-7500

not deter Greenpeace, as the *Esperanza* reportedly continued to follow the drill rig and then tried to occupy the intended drilling site, violating the established safety zone. The Norwegian Coast Guard ultimately had to take control of the *Esperanza* and tow it out of the drilling area. Greenpeace reportedly delayed Statoil's operations by almost four days at a cost to Statoil of $1.26 million per day. *See* Keithley Decl., Ex. 133.

34.     In November 2014, in a non-Arctic event, Greenpeace boats reportedly launched from the *Arctic Sunrise* in an effort to breach the safety zone around the Repsol oil ship *Rowan Renaissance* in the Canary Islands. The Spanish Navy intercepted and instructed Greenpeace to vacate the area. Greenpeace reportedly ignored the verbal warnings. The Navy's efforts to enforce the safety zone ultimately resulted in a reported collision, injuring two Greenpeace members, including one serious injury to a member who was ejected in the collision and stuck by a propeller. *See* Keithley Decl., Ex. 134.

35.     In addition to its direct action campaigns, Greenpeace has targeted Shell with various publicity and activism campaigns. Greenpeace has attempted to stop ships bound for Shell's 2015 Arctic exploration from docking at the Port of Seattle by actively campaigning to have Foss Maritime's lease with the Port of Seattle rescinded so that Foss cannot sublease to Shell for use by some of its Arctic-related vessels, including the *Noble Discoverer* and the *Polar Pioneer*. In addition, Greenpeace created its "save the Arctic" campaign to "sav[e] the Arctic from Shell Oil" and "singled Shell out as our key target in halting the Arctic oil rush." Greenpeace also staged a call-in campaign to the White House from March 16-20, 2015, to tell the President that he should deny Shell's permits to drill in the Arctic this summer. These are yet

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

more examples of Greenpeace's current efforts to disrupt Shell's business and operations and are part of its ongoing campaign against Shell.  *See* Keithley Decl., Ex. 135.

36.     Shell is the only entity that will be conducting Arctic exploration this summer. Greenpeace, Inc.'s Executive Director Anne Leonard has identified Shell as the target of its Save the Arctic campaign, is actively working with the other Greenpeace offices towards "one big global goal" of stopping Shell's drilling plans, and has stated that Greenpeace USA will do "everything that we can  to stop that drilling from happening this summer."  Greenpeace USA has publicly threatened to that it will do some "special things" with ships and Greenpeace has outfitted the *Arctic Sunrise* this winter to "face another Arctic Campaign this year."  *See* Keithley Decl., Exs. 109 and 122.

## GREENPEACE POSES UNACCEPTABLE RISKS

37.     The presence of Greenpeace activists of unknown and unascertainable experience and intentions in close proximity to Shell's 2015 exploration drilling activities and vessels would create an unsafe and unpredictable situation in which the safety of Greenpeace activists and the employees and contractors of Shell is placed at risk.  Greenpeace has a well-established institutional reputation and history for extremist and reckless conduct involving human and marine blockades.  These reckless actions are intended to force vessels to stop their lawful activities (thereby causing harm to their lawful interests) for fear of causing bodily injury to Greenpeace activists.  The risk is further heightened by Greenpeace's recent aggressive recruitment of "people just like you" who can help in direct actions but who have no mariner experience. *See* Keithley Decl., Ex. 111.

38.     Greenpeace uses its vessels, including the *Esperanza*, *Rainbow Warrior*, and *Artic Sunrise*, in conjunction with smaller inflatable or rigid inflatable boats launched from those

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA  98101
Main (206) 624-0900    Fax (206) 386-7500

vessels, as primary vehicles for its direct action campaign. Given the maneuverability and navigation constraints faced by the *Noble Discoverer* and the *Polar Pioneer* while transiting to and operating in the Chukchi Sea due to their size, sea ice, and meteorological conditions, efforts by Greenpeace to blockade the rigs with smaller vessels (including inflatables), submersibles, drones or human divers, or to block the path of these vessels while under tow or tow assist, are extremely dangerous and possibly life-threatening.

39.     Based upon its statements, past conduct, and current conduct, Greenpeace has demonstrated that it is ready, willing, and able, and intends to, engage in efforts in U.S. waters and the high seas in a continuing effort to illegally "stop" Shell's 2015 Arctic exploration drilling program.

40.     It is essential that all vessels involved in Shell's 2015 Arctic exploration drilling program remain free of interference by Greenpeace activists while in transit to Alaska and while conducting operations in the Arctic during the 2015 season. Were Greenpeace to carry out its stated intentions and to engage in the types of unlawful actions it displayed in the recent past, unacceptable and serious risks would be posed to human life, property, and the environment. Shell's 2015 operations, the potential risks posed by Greenpeace, and associated safety zone recommendations are set forth in detail in the Declarations of David George and Rocky Lee.

41.     It is essential that all vessels to be used in Shell's 2015 Arctic exploration program remain free of interference by Greenpeace activists while moored in any U.S. jurisdictional waters. Were Greenpeace to again engage in the types of reckless and unlawful actions displayed against Shell in New Zealand in February 2012 or in the Russian Arctic, Rotterdam, and IJmuiden in 2013-2014, then unacceptable and serious risks would be posed to human life, property, and the environment. Moreover, in addition to presenting serious risks to

DRAFT
4/8/15
8:15AM

human life and property, Greenpeace's interference with moored vessels before or during drilling operations will likely cause significant disruptions in Shell's planned operations and substantial delays.

42.　　It is essential that the aviation facilities and related aircraft, as described in the Declaration of Rocky Lee, remain free of interference by Greenpeace activists. Interference with the operation of these facilities by Greenpeace activists would pose unacceptable and serious risks to human life, and would likely cause significant disruptions in Shell's planned operations and substantial delays.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Anchorage, Alaska this ___8___ day of April, 2015.

_____
MICHAEL J. BATTLE

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900　Fax (206) 386-7500

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I filed a true and correct copy of the foregoing

document with the Clerk of the Court for the United States District Court - District of Alaska by

using the EM/ECF system.  I further certify that on April 8, 2015, a copy of the foregoing

document was served by email and regular U.S. Mail on the following:

Michael A. Moberly
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, AK  99501
Email:  mike@akdefenselaw.com

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo (AK Bar No. 0001003)

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900    Fax (206) 386-7500*

78795094.1 0079498-00003