DECLARATION OF DAVID GEORGE

INDEX TO EXHIBITS

Exhibit 1. Maps depicting the location of the Shell leases where 2015 exploration drilling is planned.

Exhibit 2. Logistics resource map for Shell's 2015 Arctic exploration program.

Exhibit 3. Excerpts of Shell's Environmental Impact Assessment.

Exhibit 4. Documents describing the supporting vessels to be used in Shell's 2015 Arctic exploration program.

Exhibit 5. Shell's Drilling Ice Management Plan for the 2015 program.

Exhibit 6. Excerpts from Shell's final Revised Outer Continental Shelf Lease Exploration Plan, Chukchi Sea, Alaska.