# EXHIBIT 1



# Burger Prospect — Chukchi Sea EP Revision 2

Map of the Burger Prospect in the Chukchi Sea, offshore Alaska, showing Shell OCS Lease Blocks (orange), Exploration Drilling Program Blocks (yellow), and drill sites labeled S (6762), F (6714), A (6764), R (6812), J (6912), and V (6915). Protraction areas NR03-02 Posey and NR03-04 Solivik Island are indicated. Bathymetry shown at 10 m intervals. Hanna Shoal Walrus Use Area boundary indicated by dashed line. Vicinity map of Alaska inset at lower left.

Figure 1.b-2

Scale: 0–8 Miles

Bathymetry Source – GEBCO '06
Mercator Projection: Standard Latitude 71 Deg N

Shell AK GIS/6-30-2014/01-01-002.mxd

Exhibit 1, Page 2