# EXHIBIT 2

# 2015 Logistics Resource Map

Updated 3/4/15

Exhibit 2, Page 1

**Noble Discoverer**
**Polar Pioneer**
**Chukchi Sea**
**Burger Prospects**

- (1) Ice Management Vessel (*Fennica*)
- (1) Ice Management Vessel (*Nordica*)
- (1) Anchor Handler (*Aiviq*)
- (1) Anchor Handler (*Ross Chouest*)
- (1) Anchor Handler (*Tor Viking*)
- (1) Towing Vessel (*Ocean Wind*)
- (1) Towing Vessel (*Ocean Wave*)
- (1) Drill Discharge Monitoring Vessel (*Explorer*)
- (1) OSV – (*Sisuaq*)
- (1) Tug & Barge (*Guardsman /Klamath*)
- (1) Oil Spill Response Vessel (*Nanuq*)
- (1) Support Tanker (*Marika*)
- (1) OSR Tanker (TBN)

**Arctic Challenger and Oil Spill Response**
Spill Containment System
**Kotzebue Sound**

- (1) Tug & Barge (*Containment System/Corbin Foss*)
- (1) Tug ACS Escort (*Superior Contract*)
- (1) Tug & Barge (*Sea Prince/Endeavor*)
- (1) Tug & Barge (*American Trader / Barbara Foss*)
- (1) Tug & Barge (*Tuuq /Lauren Foss*)
- (1) Landing Craft (*Unalaq*)
- (1) Crew Boat (*King C.*)
- Dock space and Storage (Kotzebue)
- Contingency Hotel Space (Kotzebue)

**Offshore Supply Vessels**
Transit Routes
**Kotzebue Sound**
**Dutch Harbor**

- (1) OSV (*Champion*)
- (1) OSV (*Supporter*)

**Logistics Terminal Operations**
**Wainwright**

- Oil Spill Response Ops
- 24 Bed Space Capability
- Storage & Lay down space

**Logistics Terminal Operations**
**Point Barrow**

- (3) S-92 Crew Change Helos
- (1) S-92 SAR Helo
- (2) Hangars
- (1) PSO Over-flight A/C 690
- Aviation Terminal
- (127) Bed Space - Steady State Personnel (75 camp & Ukpik's Nest II)
- (48) Bed Space - Crew Change & Contingency (Ukpik's Nest I)

**Logistics Terminal Operations**
**Anchorage**

- DHC-8 (Dash 8)
- Passenger Processing Terminal
- Contingency Hotel Space
- Charters to Dutch Harbor, Wainwright, and Kotzebue

**Logistics Terminal Operations**
**Dutch Harbor**

- Storage & Lay down space
- Dock space
- Contingency Hotel Space
- (1) Support Tug (Benjamin Foss)

OSV Supply Route