# EXHIBIT 3

# 2.0    PLANNED EXPLORATION DRILLING ACTIVITIES

Shell plans to drill six exploration wells over multiple drilling seasons. Shell will mobilize both of its drilling units, the *Discoverer* and the *Polar Pioneer* and support vessels through the Bering Strait on or about 1 July each drilling season, reaching the first Chukchi Sea drill site as early as 4 July as ice conditions permit. Exploration drilling activities will continue until on or about 31 October. Shell will demobilize the drilling units and support vessels out of the Chukchi Sea at the end of each drilling season. Additional exploration drilling program details are provided below.

## 2.1    The Prospect and Drill Sites

Shell has identified six proposed drill sites within its Chukchi Sea lease blocks, all within the Burger Prospect. These are the same drill sites identified by Shell in EP Revision 1 and analyzed in detail in Shell's May 2011 EIA that accompanies EP Revision 1. Coordinates of the six drill sites are listed in Table 2.1-1. Locations of the drill sites are depicted in Figure 2.1-1.

**Table 2.1-1        Drill Sites in the Chukchi Sea Exploration Drilling Program**

| Prospect | Well | Area | Block | Lease Number | Coordinates (m) [1] X | Y | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|
| Burger | A | Posey | 6764 | OCS-Y-2280 | 563945.26 | 7912759.34 | N71° 18' 30.92" | W163° 12' 43.17" |
| Burger | F | Posey | 6714 | OCS-Y-2267 | 564063.30 | 7915956.94 | N71° 20' 13.96" | W163° 12' 21.75" |
| Burger | J | Posey | 6912 | OCS-Y-2321 | 555036.01 | 7897424.42 | N71° 10' 24.03" | W163° 28' 18.52" |
| Burger | R | Posey | 6812 | OCS-Y-2294 | 553365.47 | 7907998.91 | N71° 16' 06.57" | W163° 30' 39.44" |
| Burger | S | Posey | 6762 | OCS-Y-2278 | 554390.64 | 7914198.48 | N71° 19' 25.79" | W163° 28' 40.84" |
| Burger | V | Posey | 6915 | OCS-Y-2324 | 569401.40 | 7898124.84 | N71° 10' 33.39" | W163° 04' 21.23" |

[1] Coordinate system is North American Datum 1983 (NAD 83) UTM Zone 3

**Figure 2.1-1     Burger Prospect Drill Site Locations**



## 2.2    Drilling Units, Support Vessels, and Aircraft

**Drilling Units**

All planned exploration wells will be drilled using either the *Discoverer* or the semi-submersible *Polar Pioneer*. The drilling units will be in the Lease Sale 193 area operating as primary drilling units. Provisions for a second relief well drilling unit will be in place, in the event that the primary drilling unit is disabled and not capable of drilling its own relief well. Both the *Discoverer* and *Polar Pioneer* will serve as their own primary relief well drilling unit. If either the *Discoverer* or the *Polar Pioneer* cannot be used to drill its own relief well, the other drilling unit would be used for that purpose. The drilling units will be in the Burger Prospect operating as primary drilling units, or one may be no further than Dutch Harbor when the other drilling unit is drilling hydrocarbon bearing zones. In either case, the other drilling unit could be mobilized to the location in the Burger Prospect, moored, and then drill a relief well and kill the flow within 38 days.

**Photograph 2.2-1** *Polar Pioneer*



The *Polar Pioneer* (photo at left) is a non-selfpropelled, semi-submersible drilling unit capable of drilling in harsh environments. Its class notation is Det Norske Veritas (DNV) 1A1 column stabilized drilling unit. It is a largely self-contained drilling unit that offers full accommodations for a crew of up to 114 persons, with quarters, galley, and sanitation facilities. General specifications for the *Polar Pioneer* are provided below in Table 2.2-1.

**Photograph 2.2-2** *Discoverer*



The *Discoverer* (photo to left) is an ice strengthened drillship and can mobilize under its own power. It is a largely self-contained drilling unit that offers full accommodations for a crew of up to 124 persons, with quarters, galley, and sanitation facilities. Specifications for the *Discoverer* are provided in Table 2.2-1.

**Table 2.2-1    Specifications of the *Discoverer* and the *Polar Pioneer***

| Specification | Discoverer | Polar Pioneer |
|---|---|---|
| **Dimensions** | | |
| Hull Length | 514 ft (156.7 m) | 279 ft (85 m) |
| Hull Width | 85 ft (26.0 m) | 233 ft (71 m) |
| Height | 274 ft (83.2 m) | 319 ft (97.3m) |
| Derrick Height | 175 ft (53.3 m) | 170 ft (51.8 m) |
| **Draft** | | |
| Transit Draft | 26.9 ft (8.2 m) | 30 ft (9.15 m) |
| Operating Draft at Loadline | 26.9 ft (8.2 m) | 75.4 ft (23 m) |
| **Berths** | 124 berths | 114 berths |
| **Storage Capacity** | | |
| Potable Water | 1,670 barrels (bbl) (266 cubic meters [$m^3$]) | 4,843 bbl (770 $m^3$) |
| Drill Water | 5,798 bbl (922 $m^3$) | 11,140 bbl (1,770 $m^3$) |
| Liquid Mud | 2,400 bbl (382 $m^3$) | 6,180 bbl (982 $m^3$) |
| Bulk Cement | 6,400 cubic feet ($ft^3$) (180 $m^3$) | 12,678 $ft^3$ (359 $m^3$) |
| Fuel | 6,497 bbl (1,033 $m^3$) | 11,290 bbl (1,794 $m^3$) |
| **Propulsion Engines** | (1) MAN Diesel B&W l, 6,480 horse power (hp) | N/A |
| **Power Plant** | (6) Caterpillar 3512, 1,476 hp | (5) Bergen KVG-18 3,890 hp |
| **Mooring** | | |
| Anchors | 9 - 15 metric (mt) ton Stevshark, 8 each | 9 - 15 mt ton Stevshark 8 each |
| Anchor Lines | 2.75 inch (in.) (7 centimeters [cm]) wire rope 2.5-in. (6 cm) chain | 3.3 in (88 millimeters [mm]) K-4 chain |
| Anchor Line Length | (8 each) 2,750 ft (838 m) wire + 1,150 ft (351 m) chain (useable) per anchor | (8 each) 1,969-2,035 m chain per anchor |
| **Transit Speed** | 8.0 knots | NA (non-selfpropelled) |
| **Marine Sanitation Device** | OMNIPUR Series 55 | Piranha WRS-40 |

**Operation Support Vessels and Oil Spill Response Vessels**

The drilling units will be attended by operational support vessels consisting of ice management vessels, anchor handlers, OSVs, support tugs, resupply barges and tugs, and shallow water vessels. Up to two science vessels will be used to conduct discharge monitoring required by the new Chukchi Sea NPDES exploration facilities GP. OSR support vessels consisting of an OSRV, an offshore OSR tug and barge, a nearshore OSR tug and barge, a support tug, OSTs, and a containment system tug and barge. The drilling units, operational support vessels, and OSR support vessels are listed below:

- Drilling units: *Discoverer* and *Polar Pioneer*

- Ice management vessels (x2)

- Anchor handlers (x3)

- OSVs (x3)

- Science vessels (x2)

- MLC ROV System vessel

- Support tugs (x2)

- Shallow water vessels (x2)

- Supply tugs (x2) and barges (x2) (one tug of which may have temporary duties accompanying the *Discoverer* during transiting to and from a drill site)

- OSRV

- OSR tugs (x2) and barges (x2)

- OSTs (x2)

- Containment system tugs (x2) and barge (x1)

- SAR helicopter

- Crew change/resupply helicopters (x3)

- Fixed-wing aircraft for ice reconnaissance

- Fixed-wing aircraft for PSO flights

- Fixed-wing aircraft for crew change between Barrow and Wainwright

Some support vessels are not yet contracted; specifications for vessels of the sizes and types that may be contracted are presented in Tables 2.2-2 and 2.2-3. Vessels that are eventually contracted may differ from these but they will be similar. Fuel storage capacities and expected trip frequencies for these vessels are indicated in Table 2.2-4. Vessel and aircraft travel corridors are indicated in Figures 2.2-1 and 2.2-2. A generalized route is identified for vessels to effect crew changes between the prospect or offshore vessels and Barrow. This is a contingency for the possibility that sufficient crew change flights cannot be accommodated by helicopters because of weather, visibility, subsistence or other operational issues.

Some vessels will not be in the Lease Sale 193 Area for extended periods but may be used in the prospect on occasion. The resupply barges and tugs, the nearshore OSR tug and barge, the containment system tugs and shallow water vessels will be primarily located outside the Lease Sale 193 Area. A location for these vessels has been identified near Goodhope Bay in Kotzebue Sound in water depths of about 30 ft (9.1 m). Four mooring buoys may be established at the site. The site of these four, closely spaced, temporary mooring locations were selected in large part because the area has been selected and approved by the SOA as a potential place of refuge (PPOR) in addition to traditional knowledge received from nearby communities. Communities did not indicate issues (such as subsistence use conflicts) with Shell's mooring location.

One OST will be located in the prospect. Some of the OST storage capacity will be used to hold fuel for refueling the drilling units and support vessels; the remaining storage will be used for storage of recovered liquids in the event of a spill. The second OST will be located where it could be mobilized to relieve the first OST in the event of a spill. The OST in the prospect will possess enough storage capacity to store all recovered liquids for the initial response or until the second OST arrives to supplement the response. The total storage capacity between the two tankers available for the response is > 750,000 bbl, the WCD planning scenario under the OSRP.

Crew changes will occur throughout the season using the shallow water vessels transiting between Kotzebue and the vessel locations in Kotzebue Sound. Vessels will also be resupplied with food stores via shallow water vessel. Other vessels may be located with these vessels on occasion. Additional information on vessel locations is provided in Table 2.2-4. Vessels will comply with the waste management plan, including International Convention for the Prevention of Pollution from Ships (Marine Pollution or MARPOL) standards and requirements and the EPA NPDES vessel GP for any discharge of gray water or treated effluent.

**Table 2.2-2        Specifications of Operations Support Vessels**

| Specification | Ice Management Vessels (x2)[1,2] | Anchor Handlers (x3)[1,3] | OSV (x3)[1,4] | Science Vessel (x2)[1,5] | Shallow Water Vessel (x2)[1,6] | Support Tugs (x2)[1,7] | Supply Tugs (x2) and Barges (x2)[1,8] | | MLC ROV System Vessel[1,9] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Tug | Barge | |
| Length | 380 ft (116 m) | 361 ft (110.1 m) | 300 ft (91.5 m) | 300 ft (91.5 m) | 85 ft (25.9 m) | 146 ft (44.5 m) | 150 ft (45.7 m) | 400 ft (122 m) | 280 ft (85.3 m) |
| Width | 85 ft (26 m) | 80 ft (24.4 m) | 64 ft (19.5 m) | 64 ft (19.5 m) | 20 ft (6.1 m) | 46 ft (14 m) | 40 ft (12.2 m) | 99.5 ft (30.3m) | 60 ft (18.3 m) |
| Draft | 27 ft (8.4 m) | 28 ft (8.5 m) | 19.6 ft (5.9 m) | 19.6 ft (5.9 m) | 4.5 ft (1.4 m) | 21 ft (6.4 m) | 19.5 ft (5.9 m) | 25 ft (7.6 m) | 16.5 ft (5 m) |
| Accommodations | 77 | 64 | 50 | 50 | 50 | 13 | 11 | -- | 26 |
| Maximum Speed | 16 knots (30 km/hr) | 15 knots (28 km/hr) | 13 knots (24 km/hr) | 13 knots (24 km/hr) | 20 knots (37 km/hr) | 16 knots (30 km/hr) | 12 knots (22 km/hr) | -- | 13 knots (24 km/hr) |
| Available Fuel Storage | 14,192 bbl (2,256 m³) | 11,318 bbl (1,799 m³) | 5,786 bbl (920 m³) | 5,786 bbl (920 m³) | 43 bbl (6.8 m³) | 5,030 bbl (799 m³) | 4,800 bbl (774 m³) | -- | 6,233 bbl (991 m³) |

[1] Or similar vessel
[2] Based on the *Nordica*
[3] Based on the *Aiviq*
[4] Based on the *Harvey Champion*
[5] Based on the *Harvey Champion*
[6] Based on the *King C*
[7] Based on the tug *Ocean Wave*
[8] Based on the tug *Lauren Foss* and barge *Tuuq*
[9] Based on the *Harvey Spirit*

**Table 2.2-3      Specifications of the Major Oil Spill Response Vessels**

| Specification | OSRV[1,2] | Offshore OSR[1,3] | | Nearshore OSR[1,4] | | OST[1,5] | OST[1,6] | Containment System[1,7] | |
|---|---|---|---|---|---|---|---|---|---|
| | | Tug (x1) | Barge (x1) | Tug (x1) | Barge (x1) | | | Tugs (x2) | Barge (x1) |
| Length | 301 ft (91.9 m) | 136 ft (41.4 m) | 333 ft (101.5 m) | 90 ft (27.4 m) | 205 ft (62.5 m) | 748 ft (228 m) | 813 ft (248 m ) | 150 ft (45.7 m) | 316.5 ft (96.5 m) |
| Width | 60 ft (18.3 m) | 37 ft (11.2 m) | 76 ft (23.1 m) | 32 ft (9.8 m) | 90 ft (27.4 m) | 105 ft ( 32 m) | 141 ft (48 m) | 40 ft (12.2 m) | 105 ft (32 m) |
| Draft | 19 ft (5.8 m) | 20 ft (6.0 m) | 22 ft (6.7 m) | 10 ft (3 m) | 15 ft (4.6 m) | 66 ft (20 m) | 69 ft (21 m) | 19.5 ft (5.9 m) | 12.5 ft (3.8 m) |
| Accommodations | 41 | 15 | -- | 8 | -- | 25 | 25 | 11 | 72 |
| Maximum Speed | 16 knots (30 km/hr) | 12 knots (22 km/hr) | -- | 12 knots (22 km/hr) | -- | 15 knots (28 km/hr) | 15 knots (28 km/hr) | 10 knots (19 km/hr) | -- |
| Available Fuel Storage | 7,692 bbl (1,223 m$^3$) | 3,690 bbl (586 m$^3$) | 3,875 bbl (616 m$^3$) | 1,286 bbl (204.5 m$^3$) | -- | 16,121 bbl (2,563m$^3$) | 20,241 bbl (3,218 m$^3$) | 4,800 bbl (763 m$^3$) | 6,630 bbl (1,054 m$^3$) |
| Available Liquid Storage | 12,245 bbl (1,947 m$^3$) | -- | 76,900 bbl (12,226 m$^3$) | -- | 17,000 bbl (5,183 m$^3$) | 106,000 bbl8 (16,852 m$^3$) | 670,000 bbl (106,518 m$^3$) | -- | -- |
| Workboats | (3) 34 ft work boats | | -- | - | (1) skim boat 47 ft (14 m) (3) work boats 34 ft (10 m) (4) mini-barges | -- | -- | -- | -- |

[1] Or similar vessel
[2] Based on the *Nanuq*
[3] Based on the tug *Guardsman* and barge *Klamath*
[4] based on the tug *Point Oliktok* and barge *Endeavor*
[5] Based on a Panamax type tanker
[6] Based on an Aframax type tanker
[7] Based on the Corbin Foss (tug), Arctic Challenger (barge)
[8] Total available storage is 350,000 bbl; however, 244,000 bbl of ULSD or a fuel with equal or lower sulfur content (used to refuel the drilling units and support vessels) will take up storage space, leaving 106,000 bbl for recovered liquids. Storage space for recovered liquids will increase as fuel is dispensed for refueling.

**Table 2.2-4        Expected Fuel Storage Capacity and Trip Information for Support Vessels**

| Vessel Type | Maximum Fuel Tank Storage Capacity (each vessel) | Trip Frequency or Duration/Location |
|---|---|---|
| **Marine Support Vessels (or similar)** | | |
| Ice management vessels (x2) | 14,192 bbl (2,256 m³) | Will remain in the vicinity of the drilling units until their mission is finished |
| Anchor handlers (x3) | 11,318 bbl (1,799 m³) | Will remain in the vicinity of the drilling units until their mission is finished |
| OSVs (x3) | 5,786 bbl (920 m³) | Up to 30 round trips (combined for all OSVs) for resupply between drilling unit and Dutch Harbor/Kotzebue during each drilling season |
| Supply Tugs (x2) and barges (x2) | 4,800 bbl (774 m³) | Will generally remain in Kotzebue Sound for storage |
| Support Tugs (x2) | 5,585 bbl (888 m³) | Support for the *Polar Pioneer* |
| Science Vessel (x2) | 5,786 bbl (920 m³) | Will remain in the vicinity of the drilling units until their mission is finished |
| MLC ROV System vessel | 6,233 bbl (991 m³) | Located on the prospect establishing MLCs ahead of the drilling units |
| Shallow water vessels (x2) | 43 bbl (6.8 m³) | Occasional trips as needed in vicinity of Kotzebue |
| **OSR Support Vessels (or similar)** | | |
| OSRV | 7,692 bbl (1,223 m³) | Will remain in the vicinity of the drilling units until its mission is finished |
| OSR tug (x1) and barge (x1) (offshore) | 1,786 bbl (284 m³) | Will remain in the vicinity of the drilling units until its mission is finished |
| OSR tug (x1) and barge (x1) (nearshore) | 1,286 bbl (204.5 m³) | Staged in Kotzebue Sound |
| OST (Panamax) | 16,121 bbl (2,563 m³) | Will remain in the vicinity of the drilling units until its mission is finished |
| OST (Aframax) | 20,241 bbl (3,218 m³) | Stationed outside the Chukchi Sea lease sale planning area |
| Containment system tugs (x2) and barge (x1) | 6,630 bbl (1,054 m³) | Staged in Kotzebue Sound |
| **Aircraft (or similar)** | | |
| Saab 340 B, Beechcraft 1900, or Dash 8 fixed-wing or similar – transport from shorebase to regional jet service in Barrow | 9 bbl (1.4 m³) | 1 trip every 3 weeks between Wainwright and Barrow or Anchorage |
| Gulfstream 690 Aero Commander (or similar)(x2) | 9 bbl (1.4 m³) | PSO overflights (aka offshore aerial wildlife monitoring photographic survey) and ice reconnaissance; both to occur daily when possible |
| Helicopter S-92 (or similar)(x3) for crew rotation & groceries/supply | 18 bbl (2.9 m³) | Approximately 40 trips/ week between Barrow and the Burger Prospect (approximately 3.0 hr/trip) |
| Helicopter S-92 (or similar) – SAR | 18 bbl (2.9 m³) | Stationed in Barrow – 40 hr/week for proficiency training & trips made in emergency |

**Figure 2.2-1    Marine Vessel Routes**



**Figure 2.2-2    Flight Corridors**



**Photograph 2.2-3 Ice Management Vessel**



Two primary ice management vessels will support the drilling units (photograph is the M/V *Nordica*). These vessels will enter and exit the Chukchi Sea with the drilling units or before and will generally remain in the vicinity of the drilling units during the drilling season. Ice management and ice reconnaissance is expected to occur at distances of 20 mi (32 km) and 30 mi (48 km) respectively. However, these vessels may have to expand beyond these ranges depending on the ice conditions.

**Photograph 2.2-4 Anchor Handler**



Three anchor handlers (photograph of *Aiviq*) will support the drilling units and the containment system tug and barge. These vessels will enter and exit the Chukchi Sea with the drilling units or before, and will generally remain in the vicinity of the drilling units during the drilling season. When not anchor handling, these vessels will be available to provide other general support if needed.

**Photograph 2.2-5 OSV, MLC ROV System Vessel, Science Vessel**



The planned exploration drilling operations will require three OSVs for resupply of the drilling units and support vessels. Drilling materials, food, fuel and other supplies will be picked up in Dutch Harbor (with possible minor resupply coming out of Kotzebue) and transported to the drilling units and support vessels.

Shell plans to use up to two science vessels to monitor discharges from the drilling units during drilling. The science vessel specifications are based on a large OSV (*Harvey Champion* [photograph] or similar) but may be a smaller vessel. This vessel will help sample drilling discharges that are defined in the EPA NPDES exploration facilities GP AKG-28-8100.

**Photograph 2.2-6 Support Tug**



Two support tugs will tow the *Polar Pioneer* to the Burger Prospect (photograph 2.2-6 of the *Ocean Wave*). After the *Polar Pioneer* is moored, the tugs will remain in the vicinity of the drilling units to help move them in the event that either drilling unit has to be moved off a drilling site due to ice or any other event.

**Photograph 2.2-7 Supply Tug and Barge**



Shell plans to use two tugs and supply barges (photograph is of the tug *Lauren Foss*) that may be based in Kotzebue Sound. The barges will house well material for the drilling vessels and for the containment system tug and barge, provide contingency accommodations for personnel in Kotzebue Sound, and carry mooring equipment for the containment system barge.

Shell also plans to use an OSV type vessel to support an MLC ROV system that may be used to construct some of the MLCs. If used, this vessel will be located at a drill site on the Burger Prospect. When not in use, the vessel will be outside of the Chukchi Sea lease sale planning area.

**Photograph 2.2-8 Shallow Water Vessel**



Shell plans to use two shallow water vessels, based in Kotzebue Sound (photograph of the *Diana G*, now known as the *King C*). These vessels will be used to transport supplies and crew between Kotzebue and the vessels moored in Kotzebue Sound. These vessels will have a shallow draft and be capable of entering shallow water.

**Photograph 2.2-9 OSRV**



An OSRV such as the *Nanuq* (or similar) will be staged in the vicinity of the drilling units when either is drilling in liquid hydrocarbon bearing zones. This will enable the OSRV to immediately respond to a spill and provide containment, recovery, and storage for the initial operational period following a spill event.

**Photograph 2.2-10 Arctic OST**



Shell plans to use up to two OSTs (Photograph 2.2-10 of a Panamax tanker). As planned, one OST with specifications of a Panamax tanker will be staged in the vicinity of the Burger Prospect. This tanker will hold fuel for Shell's drilling units and support vessels in addition to storage space to store collected recovered liquids if there is a well control event. A second OST, with specifications of an Aframax tanker, will be stationed in the Chukchi Sea lease sale planning area. More information on the location of oil spill response assets is located in Shell's OSRP. The Aframax tanker will be sited such that it will be able to respond to a well control event before the Panamax tanker reaches its recovered liquid capacity.

**Photograph 2.2-11 Offshore OSR Barge and Tug**

 

An OSR tug and barge, (photograph is of the *Guardsman* tug and *Klamath* barge), will be staged in the Chukchi Sea. Together with the OSRV, it will have sufficient containment, recovery, and storage capacity for the initial operational period in the event of a spill.

**Photograph 2.2-12 Nearshore OSR Tug and Barge**



A tug and barge (*Endeavor* barge is pictured) will be used for nearshore OSR. It will carry a 47-ft (14-m) skimming vessel, three 34-ft (10-m) workboats, four mini-barges, and boom and duplex skimming units for nearshore recovery. This tug and barge will be moored in Kotzebue Sound.

**Photograph 2.2-13 Arctic Containment System barge**



Shell's oil spill containment system, housed on the Arctic Challenger barge, will be accompanied by two tugs, likely the Corbin Foss and a similar tug. The containment system tugs and barge will be moored in or near Goodhope Bay in Kotzebue Sound.

**Aircraft**

The exploration drilling program will be supported by:

- crew change/ resupply helicopters (x3)
- SAR helicopter
- fixed wing aircraft for crew change between Barrow and Wainwright
- fixed wing aircraft for PSO flights (aka offshore aerial wildlife monitoring photographic survey)
- fixed wing aircraft for ice reconnaissance flights

The three crew change helicopters will be operated from shorebase facilities at the Barrow Airport. These helicopters are expected to be Sikorsky S-92 helicopters (but may be similar aircraft) capable of transporting 10 to 12 persons, and will be used to transport crews between the onshore support base and the drilling units. The helicopters will also be used to haul small amounts of food, materials, subsurface samples, equipment between vessels and the shorebase. Generalized flight corridors over the onshore and near shore areas are indicated on Figure 2.2-2, but flight paths will be selected and/ or modified each day in coordination with the SAs. These flights are planned to be conducted at an altitude of > 1,500 ft (457 m).

Shell will have a fourth helicopter for SAR. The SAR helicopter is also expected to be a Sikorsky S-92, but may be a similar model. This aircraft will stay grounded at the Barrow shorebase location except during training drills, emergencies, and other non-routine events.

A fixed-wing aircraft, such as Saab 340-B 30-seat, Beechcraft 1900 19-seat, or DeHavilland Dash 8 30-seat, will be used to routinely transport crews, materials, and equipment between the shorebase and hub airports such as Barrow or Fairbanks. Fixed-wing aircraft, such as Aero-Commanders (or similar aircraft), will be used for overflights in support of Shell's 4MP, and to conduct ice reconnaissance overflights for operations in support of the Drilling Ice Management Plan (DIMP). Ice reconnaissance flights are planned to be conducted daily depending conditions and need; these flights will be conducted in the area within about 50 mi (80 km) of the drill sites, at an altitude of $\geq$ 3,000 ft (914 m).

Weather conditions experienced by Shell during the 2012 operations affected the ability to fly offshore for crew changes. Shell has improved the helicopter equipment by equipping crew change and SAR helicopters with Rotor Ice Protection Systems (RIPS) and utilizing improved offshore instrument flight rules. This will enable the helicopters to fly at or above 1,500 ft (457 m) during low-ceiling and/or icing conditions. This allows for crew change to occur on time and reduces the risk for worker fatigue offshore.

The types of aircraft that may be contracted are presented in Table 2.2-5. Some of these aircraft are not yet contracted; the aircraft that are eventually contracted may differ from these, but will be similar. The expected primary uses, fuel storage capacities, and frequency of trips for these aircraft are also indicated in Table 2.2-5.

**Table 2.2-5      Fuel Storage Capacity and Trip Information for Support Aircraft**

| Aircraft Type [1] / Purpose | Maximum Fuel Tank Storage Capacity | Trip Frequency or Duration |
|---|---|---|
| Saab 340 B, Beechcraft 1900, Dash 8, or similar fixed-wing aircraft for transport from shorebase to regional jet service in Barrow | 9 bbl (1.4 m³) | Approximately one trip every three weeks between Wainwright and Barrow |
| S-92 or similar helicopters for crew rotation & groceries/supply (x3) | 18 bbl (2.9 m³) | Approximately 40 round trips/week between shorebase & prospect – approx. 3.0 hr/trip |
| S-92 or similar helicopter for SAR | 18 bbl (2.9 m³) | Stationed in Barrow – 40 hr/month for proficiency training & trips made in emergency |
| Gulfstream 690 Aero-Commander or similar (x2) | 9.1 bbl (m³) (Aero-commander) | PSO overflights and ice reconnaissance; both to occur daily when possible |

[1] Similar model of aircraft may be contracted for these purposes

## 2.3    Drilling Units Mobilization, Schedule, and Drill Site Preparation

**Mobilization - Entry/Exit from the Chukchi Sea and Schedule**

Each exploration drilling season the *Discoverer* drilling unit will be mobilized under its own power, and the *Polar Pioneer* drilling unit will be towed to Dutch Harbor, Alaska or directly to the Burger Prospect. The ice management and anchor handling vessels, and other support vessels will transit from their homeports, or other locations where they are working, to Dutch Harbor, at approximately the same time as the drilling units.

In accordance with 33 CFR 151, Subpart D, the drilling units and foreign support vessels will undergo one or more complete mid-ocean ballast water exchanges before entering U.S. waters or the Alaska Captain of the Port Zone (COTPZ) from another zone to prevent the unintentional introduction of non-native species into the Chukchi Sea. Prior to transiting to the Burger Prospect, the drilling units and support vessels will undergo loadout and refueling and will undergo BSEE, U.S. Coast Guard (USCG), and DNV inspections as well as inspection for U.S. Customs requirements, such as the purging of foreign food materials.

The schedule for exploration drilling activities in the Chukchi Sea will depend on ice conditions and other factors. Both drilling units and their supporting ice management vessels, anchor handlers, OSV, OST and OSR support vessels will transit into the Chukchi Sea on or about 1 July.[1] The 1 July date for entry north of Point Hope into the Chukchi Sea is in accordance with past MMPA authorization requirements that Shell not enter the Bering Strait prior to this date. The July entry is also responsive to concerns voiced by the local communities of Wainwright and Point Lay; these communities have requested that entry into the Chukchi Sea be delayed until after the walrus and beluga whale hunts. PSOs will be onboard transiting vessels while in the Bering and Chukchi Seas. Approximate travel routes for mobilization of the drilling units and support vessels from Dutch Harbor through the Bering Sea and Chukchi Sea to the Burger Prospect are indicated on Figure 2.2-1. The vessel route reflects Shell's commitment to avoid transit of any part of the Ledyard Bay Critical Habitat Unit (LBCHU) by operational marine traffic. Exploration drilling is expected to commence no earlier than 4 July.

Exploration drilling activities will continue until on or about 31 October, depending on ice and weather conditions. The drilling unit(s) and associated vessels will then exit the Chukchi Sea along approximately the same route they used for entry. Shell may elect to also construct one or more MLCs or upper hole segments (partial holes) in the drilling season. Partial wells are those where a portion of the well construction is completed in one year, but not the entire well to the objective depth. This could be the result of approaching hazard(s) that force cessation of exploration drilling operations prematurely, or a lack of time before the end of the drilling season to complete lower portions of the well. After suspension per BSEE regulations, the part of the well that has been completed does not have to be re-drilled the following drilling season. This capability would allow the operator the ability to re-enter the well during favorable operating conditions in the following drilling seasons. This means evaluating the reservoir at the drill site during the subsequent drilling season(s) would take less time leaving the remainder of the drilling season available to drill at other approved drill sites. It is noted that this occurred in two of the three drilling seasons during the 1989-1991 exploration drilling campaign in the Chukchi Sea. Both wells were drilled to the objective depth and all required data collected in the following drilling season.

If a well cannot reach objective depth by the end of the exploration drilling season, drilling of that well will be finished in a subsequent year or the well will be permanently abandoned as per BSEE regulations prior to lease termination. Any exploration well on which exploration drilling operations are suspended at

---

[1] *See supra* note 2.

the end of the drilling season will be secured in compliance with BSEE regulations and with the approval of the RS/FO.

All wells will be plugged and permanently abandoned in accordance with BSEE regulations. The only exception to this plan involves the inability to return to the drill site following an emergency evacuation due to an approaching hazard such as ice. If a well cannot be permanently abandoned due to ice, it will be properly suspended per BSEE approval before the drilling unit evacuates. At the beginning of a subsequent drilling season, the drilling unit may return to the drill site to permanently abandon the unfinished well or continue exploration drilling/evaluation of the well.

**Mooring of the Drilling Units**

Each drilling unit will be positioned and moored over the drill site with its system of eight anchors with the support of the anchor handlers. Anchors for the *Discoverer* are typically pre-set before the drillship is moved into position; the *Polar Pioneer* carries its own anchors and is conventionally moored. Mooring analyses indicate that all planned anchor locations are within a 3,608-ft (1,100 m) radius of the drilling unit. Dimensions of the anchors are provided in Table 2.3-1.

The anchors are embedment-type anchors and therefore designed to penetrate the seafloor to the depth of the anchor and drag through the seafloor sediments for a distance two or three times the anchor length itself before becoming firmly set in the seafloor. Setting the anchors and subsequent anchor removal disturbs the seafloor and commonly leave a depression on the seafloor. The anchor chain will also be dragged along the seafloor creating a trough equal to the dragged chain length. The total disturbed area for each anchor placement is the sum of the area disturbed by the anchor plus the area disturbed by the chain. The dimensions of these disturbed areas vary with the size of the anchor, the length of the anchor chain and the consistency of the seafloor sediments. The expected dimensions of the area disturbed by a single anchor and the volume of sediments that might be displaced by each anchor are provided in Table 2.3-1. Expected or average dimensions of the area disturbed by anchors resulting from Shell's exploration drilling program are provided in Table 2.3-2, assuming that all eight anchors are set once per location.

**Table 2.3-1    Dimensions of Drilling Unit Anchors and Potential Anchor Disturbed by a Single 33,000 lb (15,000 kg) Anchor[1]**

|  | Estimated Disturbed Width on Seafloor | Estimated Seafloor Penetration | Estimated Disturbed Length on Seafloor[2] | Estimated Total Disturbed Seafloor Surface Area | Estimated Disturbed Seafloor Sediment Volume |
|---|---|---|---|---|---|
| Anchor | 22.5 ft (6.9 m) | 12.6 ft (3.8 m) | 62.6 ft (19.1 m) | 1,410 square feet (ft$^2$) (131 square meters [m$^2$]) | 17,747 ft$^3$ (503 m$^3$) |
| Line and Chain[3] | 1 ft (0.3 m) | 1 ft (0.3 m) | 1,100 ft (335 m) | 1,100 ft$^2$ (102 m$^2$) | 1,100 ft$^3$ (31 m$^3$) |
| **Totals:** | | | | 2,510 ft$^2$ (233 m$^2$) | 18,847 ft$^3$ (534 m$^3$) |

[1] This is the anticipated maximum size of each anchor and was utilized in Section 4.0 impacts assessment
[2] Disturbed length is based on the anchor length of 20.9 ft (6.4 m) x 3.0
[3] Mooring analyses indicates grounded length of up to approximately 1,100 ft (335 m); estimated disturbed width of grounded length is 1 ft and estimated penetration into the seafloor is 1 ft

**Table 2.3-2    Estimated Seafloor Area Disturbed by Mooring the Drilling Unit**

| Time Period | Anchors | Estimated Disturbed Seafloor Area | Estimated Disturbed Seafloor Sediment Volume |
|---|---|---|---|
| Per Well | 8 | 20,080 ft$^2$ (1,866 m$^2$) | 150,776 ft$^3$ (4,259 m$^3$) |
| Per Program[1] | 64 | 160,640 ft$^2$ (14,928 m$^2$) | 1,206,208 ft$^3$ (34,072 m$^3$) |

[1] "Program" refers to six drill sites in EP Revision 2; includes contingency for re-setting 16 anchors, if necessary

**Wet Storage of Anchors for the Containment System Barge**

The containment system barge will be moored in Kotzebue Sound and would be mobilized to the Burger Prospect if needed; however, the anchors for the barge may be wet stored, or located for storage on the seafloor, in the Burger Prospect during the exploration drilling season. The anchor system consists of eight 7MT Stevshark Mk5 anchors and one 25.3 MT Stockless anchor. The anchors may be transported to the prospect and stored on the seafloor after the drilling units are moored, and may be removed at the end of the drilling season. The storage location will be at one of Shell's approved drill sites, where a shallow hazards survey and archaeological assessment has been conducted.

**MLC Construction**

An MLC will be constructed at each drill site. The MLCs will be constructed in the seafloor using either a large diameter bit (disk harrow) operated by hydraulic motors and suspended from the *Discoverer* or *Polar Pioneer* or with a tool on a ROV herein referred to as the MLC ROV system (described below). Approximate dimensions of the resulting MLCs are presented below in Table 2.3-3. The MLC constructed by the MLC ROV System is larger than that of a conventional bit because of the different technology involved.

**Table 2.3-3        Dimensions of MLCs Planned for Chukchi Sea Drill Sites**

| Equipment | Location | Estimated Dimensions (ft)(Length x Height x Width) | Estimated Cuttings Volume in $ft^3$ (bbl) | Estimated Surface Area Disturbed $ft^2$ ($m^2$) | Assumptions |
|---|---|---|---|---|---|
| **MLC ROV System** | Ramp | 150 x 20 (40/2) x 30 | 90,000 (16,028) | 4,500 (418) | Assumes vertical sides. No additional washout included. Height is 0 ft at beginning of the ramp and 40 ft as it terminates at the MLC. Assumes ramp at 15° slope. |
| | MLC | 30 x 40 x 30 | 36,000 (6,411) | 900 (84) | Assumes vertical sides. No additional washout included. |
| | MLC Sides | 30 x 20 (40/2) x 14.84 x 3 | 26,712 (4,758) | 1,336 (124) | Assumes 3 sides each sloped at approximately 70 degrees. |
| | | **Estimated Totals:** | **152,712 (27,197)** | **6,736 (626)** | |
| Equipment | Location | Dimensions (Radius x Height (ft)) | Estimated Cuttings Volume in $ft^3$ (bbl) | Estimated Surface Area Disturbed in $ft^2$ ($m^2$) | Assumptions |
| **MLC Bit** | MLC | 10.5 x 40 | 13,854 (2,469) | See assumption | Estimated surface area disturbed included in MLC washout calculation. |
| | MLC Washout | See assumption | 6,927 (1,234) | 1,075 (100) | Volume includes approximately 50% volumetric washout of MLC volume of 13,854 $ft^3$; assume surface radius widens to 18.5 due to washout. |
| | | **Estimated Totals:** | **20,781 (3,703)** | **1,075 (100)** | |

Note:
1 bbl = 5.615 $ft^3$
10.76 $ft^2$ = 1 $m^2$

The purpose of the MLC is to ensure that the top of any portion of the wellhead and BOP is located below the maximum ice keel gouge depth (30 CFR 250.451(h)). Shallow hazards surveys (GEMS 2009; Fugro GeoConsulting, Inc. 2010a,b,c,d,e,f; Fugro GeoConsulting, Inc. 2011a,b) conducted in the area of the planned exploration drill sites in the Burger area, indicate that the observed ice gouge occurrence ranges

from infrequent to pervasive depending on the drill site, with a maximum observed depth of about 5.0 ft (1.5 m) below the seafloor.

The area of seafloor that would be directly disturbed by excavation of MLCs for one well and for the exploration drilling program, are provided below in Table 2.3-4, along with the total volumes of sediment that would be displaced. The sediments will be discharged on or near the surface of the seafloor at the drill site.

**Table 2.3-4    Estimated Seafloor Area Disturbed Directly by MLC Construction**

| Time Period | Equipment | MLC's | Estimated Cuttings Volume | | Estimated Seafloor Footprint | |
| | | | ft$^3$ (bbl) | m$^3$ | ft$^2$ | m$^2$ |
|---|---|---|---|---|---|---|
| Per Well | MLC ROV System | 1 | 152,712 (27,197) | 4,327 | 6,736 | 626 |
| | MLC Bit | 1 | 20,781 (3,703) | 589 | 1,075 | 100 |
| Drilling Program | MLC ROV System | 6 | 916,272 (163,182) | 25,964 | 40,416 | 3,756 |
| | MLC Bit | 6 | 124,686 (22,218) | 3,534 | 6,450 | 600 |

Note:
1 bbl = 5.615 ft$^3$
10.76 ft$^2$ = 1 m$^2$
35.29 ft$^3$ = 1 m$^3$

## The MLC ROV System

The MLC ROV system provides a mechanical means to implement an MLC from an ROV rather than from a drilling unit. The MLC ROV system would use implements such as an excavator bucket, a rotating cutter, auger, drill, and rock hammer on the ROV sled. The intention of the use of the MLC ROV system is to ultimately remove MLC construction from the work stream of the drilling units in the future, to allow more time for drilling in lower well intervals. Use of an MLC ROV system would require an additional OSV type vessel from which the ROV would be transported, deployed and operated. Photographs of some systems that could be used as the MLC ROV system are provided below. The MLC ROV system is approximately 26 ft (8.0 m) long x 21 ft (6.3) m wide x 16 ft (5.0) m high.

**Photograph MLC ROV Systems**

  

## Drilling

Standard rotary drilling technology and water-based drilling fluids will be used for exploration drilling. The geologic formations and fluids within each wellbore will be evaluated with down hole techniques, including mud LWD (logging while drilling), and EWL (electric wire line) logging. The EWL program will involve lowering sensors down the wellbore with a cable that will relay data back to surface instrumentation with data being recorded in a "log." The LWD and EWL tools may include both electric and radioactive logs. The wells will not be flow tested and no oil or gas will be produced. Once the exploration well is drilled to its final TD and logging (Zero-Offset Vertical Seismic Profile) ZVSP survey program is finished, it will be permanently plugged and abandoned in accordance with BSEE regulations (30 CFR 250.1712-1717).

## 2.4    Vertical Seismic Profiling

Shell plans to conduct a geophysical activity referred to as a vertical seismic profile (VSP) at each drill site. During VSP operations, an air gun array, which is typically much smaller than those used for routine seismic surveys, is deployed at a location near or adjacent to the drilling unit, while receivers are placed (temporarily anchored) in the wellbore. The sound source (air gun array) is fired, and the reflected sonic waves are recorded by receivers (geophones) located in the wellbore. The geophones, typically a string of them, are then raised up to the next interval in the wellbore and the process is repeated until the entire wellbore has been surveyed. The purpose of the VSP is to gather geophysical information at various depths in the well, which can then be used to tie-in or ground-truth geophysical information from the previously acquired 2D and 3D seismic surveys with geological data collected within the wellbore.

Shell would likely be conducting a particular form of VSP referred to as ZVSP surveys, in which the sound source is maintained at a constant location near the wellbore (Figure 2.4-1).  Shell may use one of two typical sound sources: 1) a three-air gun array consisting of three 150-in$^3$ (2,458-cm$^3$) air guns, or 2) a two-air gun array consisting of two 250-in$^3$ (4,097-cm$^3$) air guns. The air guns can be activated in any combination and Shell would utilize the minimum volume required to obtain an acceptable signal. Specifications for the maximum volume of the array are provided in Table 2.4-1. Typical receivers would consist of a standard wireline four-level vertical seismic imaging (VSI) tool, which has four receivers 50 ft (15.2 m) apart.

**Figure 2.4-1        Schematic of ZVSP Survey**



**Photograph 3-Air Gun Array in Sled**



**Table 2.4-1    Sound Source (Air Gun Array) Specifications for Planned ZVSP Surveys**

| Source Type | Number of Sources | Max. Total Chamber Size | Pressure | Source Depth | Zero-Peak Sound Pressure Level |
|---|---|---|---|---|---|
| Sleeve Array | (3) air guns (3) 150 in$^3$ | 450 in$^3$ 7,374 cm$^3$ | 3,000 psi 207 bar | 23 ft (7.0 m) | 241 dB re1µPa @1m |
| Sleeve Array | (2) air guns (2) 250 in$^3$ | 500 in$^3$ 8,194 cm$^3$ | 3,000 psi 207 bar | 23 ft (7.0 m) | 239 dB re1µPa @1m |

µPa – micro Pascal
dB – decibel
psi- pounds per square inch

A ZVSP survey is typically conducted at each well after TD is reached but may be conducted at a shallower depth. For each well, the sound source (air gun array) would be deployed over the side of the *Discoverer* or *Polar Pioneer* with a crane. The sound source will be positioned 50 to 200 ft (15 to 61 m) from the wellhead (depending on crane location), at a depth of 23 ft (7 m) below the water surface. Receivers will be temporarily anchored in the wellbore at depth (Figure 2.4-1). The sound source will be pressured up to 3,000 psi, and activated 5 to 7 times at approximately 20-second intervals. The receivers will then be moved to the next interval of the wellbore and re-anchored, after which the air gun array will again be activated 5 to 7 times. This process will be repeated until the entire well bore has been surveyed in this manner. The interval between anchor points for the receiver array is usually 200 to 300 ft (61 to 91 m). A typical ZVSP operation takes about 10 to14 hours (hr) to complete depending on the depth of the well and the number of anchoring points.

## 2.5    Exploration Drilling Operations and Logistics)

Shorebase facilities and logistics such as crew rotation, refueling, and resupply are addressed below.

**Air Support Shore Base Facilities at Barrow**

Primary shorebase facilities for air support will be located in Barrow, and will consist of:

- An existing 75-man camp with Kitchen/Dining/Recreation (KDR) unit
- A planned 40-man camp
- An existing passenger processing facilities to be expanded
- Shell helicopter hangar
- Cape Smythe helicopter hangar
- Pilot office
- Rental housing for air crews
- Rental of blocks of hotel rooms

Primary shorebase facilities for air support will be located in Barrow at the state-owned and operated Barrow Wiley Post Will Rogers Memorial Airport (Barrow Airport). The Barrow Airport has a 6,500 x 150 ft (1,980 x 46 m) paved runway, hangar and service facilities, passenger terminal, and jet service. Shell will house the crew change and SAR helicopters at the Shell hangar and the Cape Smythe hangar at the Barrow Airport (Figure 2.5-1). Space is leased at the airport to serve as a pilot office (Figure 2.5-1). Helicopter crews will be housed at rental properties (approximately eight houses) in Barrow.  Passenger processing facilities for processing offshore crews have been established at the airport (Figure 2.5-1), and will be expanded.  The expansion would consist of four adjoining buildings totaling approximately 2,200 ft$^2$ (204 m$^2$).  The expansion would adjoin the existing passenger facilities (Figure 2.5-2) and would be located on previously developed lands adjacent to the airport and controlled by Federal Aviation Association (FAA).  The facilities will be constructed and operated by Ukpeaġvik Iñupiat Corporation (UIC) and leased to Shell. No State or Federal permits are required. The expansion will be permitted with the NSB.

Shell has a 75-man camp for housing offshore crew that cannot fly out the same day they arrive.  These consist of skid-mounted modular buildings and are located on an existing pad located in the Naval Arctic Research Laboratory (NARL) area (Figure 2.5-3) approximately 4.0 mi (6.4 km) from the center of Barrow.  The camp is supported by a KDR unit; capable of providing meals for up to 200 people. The KDR unit is approximately 166 ft long by 64 ft wide and is installed on a pad at the southwest corner of the existing accommodations (Figure 2.5-4). The 75-person camp and KDR unit have been permitted by UIC with the NSB with a Development Permit and a fill permit, and with the SOA Fire Marshal. In addition, UIC has obtained a Preapproved Emission Limit (PAEL) from the Alaska Department of Environmental Conservation (ADEC).  The PAEL establishes an annual limit on diesel fuel usage for the 75-person camp and KDR unit which limits potential emissions below air quality permitting thresholds. No additional State or Federal authorizations were required.

Accommodations at the 75-man camp will be augmented by leasing an additional existing 40-man construction camp owned by UIC.  UIC will re-locate the 40-man camp from its existing location in Barrow to a similar sand pad constructed by the U.S. Navy in the 1940's as indicated in Figure 2.5-3. The existing pad is also located in the NARL area about 0.75 mi (1.2 km) from the 75-man camp. The modular accommodations owned by UIC are currently unused and reside in Barrow. They would be moved to the pad and installed on the pad through pad pilings.  Permitting of these facilities is not Shell's

responsibility as the facilities are not Shell's. Shell will lease the facilities once installed at the new location. The KDR would service both man camps and overflow facilities. The shorebase is expected to be staffed by 6 to 7 local hires.

Black water (sewage) and gray water (showers, kitchen) from the two camps will be held in holding tanks at each site. Based on camp occupancy of 100 percent capacity, and average per capita waste generation factors provided by the local utility, Shell expects to generate about 23,000 gallons (gal) of combined black water and gray water wastes per day. These wastes will be picked up by the NSB with their routine service and treated in their waste water plant. These wastes generated by camps with temporary population of 115 persons, will not tax Barrow's municipal wastewater treatment system, which accommodates a population of over 4,000 people, and consists of a series of large water treatment lagoons.

Household trash from the camps will be stored in bear proof containers or areas. These household wastes will be transported to the NSB Landfill for disposal. Shell estimates, based on 2012 Barrow operations and accounting for the additional planned camp accommodations, that the two man camps may generate up to 600 yd$^3$. (153 m$^3$) of household trash per season, which represents less than 1.3 percent of the average annual volumes disposed of at the landfill.

Non-household waste generated at the camps will be stored in a 20-ft (6.1-m) shipping container set up as a waste accumulation area located behind the primary camp. The accumulation area will hold any hazardous, non-hazardous and liquid wastes. All of Shell's Barrow facilities are operated as a Conditionally Exempt Small Quantity Generators (CESQG) of Hazardous waste by the EPA, and therefore a permit is not required and hold times do not apply. These wastes will be transported out of the Arctic and disposed of at licensed facilities.

**Marine and Air Support Shorebase Facilities at Wainwright**

Primary shorebase facilities for marine support will be located in Wainwright, and will consist of:

- Existing accommodations for up to 55 persons at the Olgoonik Field Services Camp
- An existing secure 100 ft x 300 ft yard leased from Olgoonik Oilfield Services
- Additional existing 150 ft x 200 ft camp pad

Shorebase facilities for marine support will be established in Wainwright for the duration of the exploration drilling program. The marine support shorebase facilities in Wainwright will be used as a base for shuttling materials and crew changes between land and the drilling units, and the shorebase and OSR support vessels. Marine access may be accomplished by a relatively shallow draft vessel and OSR workboats. There currently are no docks in Wainwright and no new docks are planned for this exploration drilling program. There are two earthen boat ramps (at the lagoon and at the lagoon entrance) connected to the village by gravel roads that would be used for marine access and support by shallow draft vessels. The primary ramp would be the lagoon ramp, and the primary use of the ramp would be to support OSR training. Lifting and hoisting equipment would be installed near the ramp with a boom truck, fork lift, and smaller pieces of equipment.

Shell will reserve rooms for up to 55 persons at the existing Olgoonik Oilfield Services Camp in Wainwright (Figure 2.5-5). Shell's OSR group will be housed and fed at these facilities. Shell may utilize these rooms to accommodate certain contingencies such as Shell conducting crew changes through Wainwright, or conducting onshore environmental studies in the area. At this time, this would involve only the potential reservation of additional rooms. Construction of new facilities or expansion of existing facilities at Wainwright is not planned at this time.

With the exception of food waste from the camp kitchen, all wastes generated at the Wainwright camp will be containerized and transported out of the Arctic to approved disposal facilities. Food wastes from

the kitchen will be disposed in the Wainwright landfill. This waste handling approach will minimize the impact to the community, including the landfill. Based on water usage information provided by the ADEC website, it is estimated that the response group will generate less than 200 gal of black water and gray water (combined) per day on average. This equates to approximately 2.0 percent of the estimated average generation rate for the entire village, based on a 2012 population of 575.

An existing secure yard approximately 100 ft x 300 ft owned by Olgoonik Corporation will be leased from Olgoonik Oilfield Services (owned by Olgoonik Corporation) for storage of OSR equipment and load staging for the marine vessels in Wainwright. An additional existing 150 ft x 200 ft yard space approximately will be leased from Olgoonik Oilfield Services for additional response equipment storage.

All wastes generated at the Wainwright OSR Yard will be containerized and transported out of the Arctic to an approved disposal facilities. These actions taken by Shell, with respect to waste handling, will minimize the impact to the community, including the landfill.

The airstrip in Wainwright will also be utilized for rotating OSR personnel in and out of Wainwright. The Wainwright airstrip is gravel, 4,494 x 90 ft (1,370 x 27 m), and maintained year round.

**Crew Rotation**

The offshore crews will work a schedule of 21 days of work (or longer) followed by 21 days off (or longer). They will be transported to the shorebase by helicopter at the end of each 21-day (or longer) shift Crew rotation will be staggered. Approximately 40 helicopter round-trips per week are anticipated between the marine shorebase facilities and the drill sites. Off-shift crewmembers will be transported by a fixed-wing aircraft from the shorebase facilities to Anchorage or Fairbanks, using commercial and chartered flights.

**Refueling**

Extra fuel for offshore exploration drilling operations will be brought into the Chukchi Sea on the OST. Refueling of the drilling units will be accomplished by lightering fuel between the OST and the drilling units with a support vessel. Refueling of each drilling unit may be required an estimated 3-5 times during each exploration drilling season. Refueling will be vessel-to-vessel in accordance with USCG regulations, BOEM Lease Stipulation 6, and Shell's Fuel Transfer Plan (FTP). Although BOEM stipulation number 6 requires pre-booming of the vessels for fuel transfers of 100 bbl or more, Shell will pre-boom during all fuel transfers, per Shell's FTP.

**Resupply**

Exploration drilling requires numerous types of supplies such as drill pipe, dry drilling fluid chemicals, bulk cement, casing, drill collars, drill bits, etc. The drilling units can hold most of the supplies required for one well plus some additional spare materials and supplies. Additional supplies will be brought to each drilling unit by the OSVs, as required. A total of about 30 round-trips between Dutch Harbor and the Burger Prospect with the OSVs will be required during an exploration drilling season. Some supplies may be brought to the shorebase via fixed-wing aircraft and transferred to the drilling units or offshore vessels via helicopter. The helicopter trips necessary to transport supplies are included in the estimate of approximately 40 total helicopter round-trips per week between the prospect and the shorebase. Resupply and crew transport for OSR support vessels will be accomplished primarily using the Nanuq (or similar) to transport the crews to the drilling units or other vessel with a heli-deck for helicopter transport to the shoreline. The locations of vessel routes to and from the shorebase are indicated in Figure 2.2-1.

**Figure 2.5-1    Barrow Air Terminal Facilities Locations**



**Figure 2.5-2      Barrow Passenger Processing Facilities Expansion Diagram**



**Figure 2.5-3    Barrow Man Camp Locations**



**Figure 2.5-4    Layout and Planned Expansion of Shell's Existing 75-Person Man Camp**

**Figure 2.5-5    Wainwright Camp Location**



The SAR helicopter will be stationed and serviced in existing facilities at the Barrow Airport. The crew change helicopters will also be stationed at the Barrow Airport. Offshore crewmembers will be transported to shore at Barrow or sometimes at Wainwright via the crew change helicopters. Crews will be transported from shore to Anchorage via a mix of commercial and chartered fixed wing aircraft