# EXHIBIT 4

| Vessel | Type | Primary Mission |
|---|---|---|
| *Nordica* | IMV | - Ice Reconnaissance / Management |
| *Fennica* | IMV | - Ice Reconnaissance / Management |
| *Aiviq* | Anchor Handler | - Handling Anchors<br>- *Discoverer* Escort<br>- Ice Management |
| *Ross Chouest* | Anchor Handler | - Handling Anchors – Carries Containment System Mooring Equipment |
| *Tor Viking* | Anchor Handler | - Handling Anchors<br>- *Polar Pioneer* Escort<br>- Ice Management |
| *Harvey Sisuaq* | OSV | - Vessel Resupplies<br>- Crew Change Platform |
| *Harvey Champion* | OSV | - Resupply of Drilling Units and Support Vessels |
| *Harvey Supporter* | OSV | - Resupply of Drilling Units and Support Vessels |
| *Harvey Explorer* | OSV | - Drilling Discharge Monitoring |
| *Guardsman* | Tug | - Support the *Klamath* |
| *Lauren Foss* | Tug | - Support the *Tuuq* |
| *Barbara Foss* | Tug | - Support the *American Trader* |
| *Corbin Foss* | Tug | - Support the *Arctic Challenger* |
| *Ocean Wave* | Tug | - Support the *Polar Pioneer* Tow |
| *Ocean Wind* | Tug | - Support the *Polar Pioneer* Tow |
| *Sea Prince* | Tug | - Support the *Arctic Endeavor* |
| *Benjamin Foss* | Tug | - Support Tug in Dutch Harbor |
| *Nanuq* | OSV/OSR Vessel | - Support operations as an OSRV |
| *Arctic Endeavor* | OSR Barge | - Support operations as a Near shore OSR asset |
| *Klamath* | OSR Barge | - Support WCD capacity |
| *Arctic Challenger* | Floating Offshore Installation | - Support WCD operations |
| *Tuuq* | Deck/Tank Barge | - Materials Staging & Transfer in Kotzebue |
| *American Trader* | Deck/Tank Barge | - Containment System Equipment/ Materials and Mooring Mobilization & Storage |
| *Unalaq* | Landing Craft | - Dutch Harbor and Kotzebue mobilization support and Crew Change / Resupply |
| *King C.* | Crew Boat | - Dutch Harbor and Kotzebue mobilization support and Crew Change / Resupply |
| *Marika* | Primary Fuel Tanker | - Vessel and Drilling Unit Refueling<br>- Support OSR Requirements |
| *TBN* | Contingency Tanker | - Support OSR Requirements |

## Ice Management Vessel (IMV): *Nordica*



| VESSEL | NORDICA |
|---|---|
| Type/Class | POLAR CLASS / MULTIPURPOSE |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | FINLAND |
| Owner | Arctia Offshore (ex Fintaship) |
| Length - ft | 380 |
| Breadth/Width - ft | 85 |
| Draft - ft | 27 |

## IMV: *Fennica*



| VESSEL | FENNICA |
|---|---|
| Type/Class | POLAR CLASS / MULTIPURPOSE |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | FINLAND |
| Owner | Arctia Offshore (ex Fintaship) |
| Length - ft | 380 |
| Breadth/Width - ft | 85 |
| Draft - ft | 27 |

**Anchor Handler:** *Aiviq*



| VESSEL | AIVIQ |
|---|---|
| Type/Class | AH OFFSHORE SUPPORT VESSEL |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | Edison Chouest Offshore (ECO) |
| Length - ft | 360'8" |
| Breadth/Width - ft | 80 |
| Draft - ft | 28 |

**Anchor Handler** *Ross Chouest*



| VESSEL | ROSS CHOUEST |
|---|---|
| Type/Class | AH SUPPLY VESSEL |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | ECO |
| Length - ft | 256 |
| Breadth/Width - ft | 54 |
| Draft - ft | 18 |

**Anchor Handler:** *Tor Viking*



| VESSEL | *TOR VIKING* |
|---|---|
| Type/Class | ICE CLASS AHTS |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | SWEDEN |
| Owner | Trans Viking |
| Length - ft | 274 |
| Breadth/Width - ft | 59 |
| Draft - ft | 20 |

**Offshore Supply Vessel (OSV): Harvey Sisuaq**



| VESSEL | *HARVEY SISUAQ* (ex *Harvey Hauler*) |
|---|---|
| Type/Class | OSV |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | Harvey Gulf |
| Length - ft | 292 |
| Breadth/Width - ft | 64 |
| Draft - ft | 19'6'' |

## OSV: *Harvey Champion*



| VESSEL | HARVEY CHAMPION |
|---|---|
| Type/Class | OSV |
| Operating Location | Supply Route (Dutch Harbor – Chukchi Sea) |
| Flag | USA |
| Owner | Harvey Gulf |
| Length - ft | 300 |
| Breadth/Width - ft | 64 |
| Draft - ft | 19'6" |

## OSV: *Harvey Supporter*



| VESSEL | HARVEY SUPPORTER |
|---|---|
| Type/Class | OSV |
| Operating Location | Supply Route (Dutch Harbor – Chukchi Sea) |
| Flag | USA |
| Owner | Harvey Gulf |
| Length - ft | 300 |
| Breadth/Width - ft | 64 |
| Draft - ft | 19'6" |

## OSV: *Harvey Explorer*



| VESSEL | *HARVEY EXPLORER* |
|---|---|
| Type/Class | OSV |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | Harvey Gulf |
| Length - ft | 240 |
| Breadth/Width - ft | 56 |
| Draft - ft | 18'5" |

## Tug: *Guardsman*



| VESSEL | *GUARDSMAN* |
|---|---|
| Type/Class | INVADER CLASS TUG |
| Operating Location | Lease Sale 193 planning area |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 136' 3" |
| Breadth/Width - ft | 36' 6" |
| Draft - ft | 20' |

**Tug:** *Lauren Foss*



| VESSEL | *LAUREN FOSS* |
|---|---|
| Type/Class | TUG |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Foss Maritime |
| Length - ft | 150 |
| Breadth/Width - ft | 40 |
| Draft - ft | 19.5 |


**Tug:** *Barbara Foss*



| VESSEL | *BARBARA FOSS* |
|---|---|
| Type/Class | TUG |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | FOSS |
| Length - ft | 126 |
| Breadth/Width - ft | 34 |
| Draft - ft | 14.6 |

**Tug:** *Corbin Foss*



| VESSEL | CORBIN FOSS |
|---|---|
| Type/Class | Containment System TUG |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Foss Maritime |
| Length - ft | 149. 8 |
| Breadth/Width - ft | 40 |
| Draft - ft | 19.5 |

**Tug:** *Ocean Wave*



| VESSEL | OCEAN WAVE |
|---|---|
| Type/Class | TUG |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 146 |
| Breadth/Width - ft | 46 |
| Draft - ft | 21 |

**Tug:** *Ocean Wind*



| VESSEL | *OCEAN WIND* |
|---|---|
| Type/Class | TUG |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 146 |
| Breadth/Width - ft | 46 |
| Draft - ft | 21 |

**Tug**: *Sea Prince*



| VESSEL | *Sea Prince* |
|---|---|
| Type/Class | ENDEAVOR TUG |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 126 |
| Breadth/Width - ft | 34 |
| Draft - ft | 16'5" |

**Tug: (TBD)**



| VESSEL | *BENJAMIN FOSS* or SIMILAR VESSEL |
|---|---|
| Type/Class | TUG – Twin Screw Fix Kort |
| Operating Location | Dutch Harbor |
| Flag | USA |
| Owner | Foss |
| Length - ft | 73.3 |
| Breadth/Width - ft | 26.3 |
| Draft - ft | 9.8 |

**OSV/OSR Vessel:** *Nanuq*



| VESSEL | *NANUQ* |
|---|---|
| Type/Class | OSV/OSR Vessel |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | USA |
| Owner | ECO |
| Length - ft | 301 |
| Breadth/Width - ft | 60 |
| Draft - ft | 21 |

**OSR Barge:** *Arctic Endeavor*



| VESSEL | ARCTIC ENDEAVOR |
|---|---|
| Type/Class | OSR BARGE |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 205 |
| Breadth/Width - ft | 90 |
| Draft - ft | 15 |

**OSR Barge:** *Klamath*



| VESSEL | KLAMATH |
|---|---|
| Type/Class | OSR BARGE |
| Operating Location | Chukchi Sea - Lease Sale 193 planning area |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 333 |
| Breadth/Width - ft | 76 |
| Draft - ft | 22 |

**Floating Offshore Installation:** *Arctic Challenger*



| VESSEL | *ARCTIC CHALLENGER* |
|---|---|
| Type/Class | FLOATING OFFSHORE INSTALLATION |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 316.5 |
| Breadth/Width - ft | 104.75 |
| Draft - ft | 12.5 |

**Deck/Tank/Barge:** *Tuuq*



| VESSEL | *TUUQ* |
|---|---|
| Type/Class | DECK/TANK BARGE |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | Foss Maritime |
| Length - ft | 400 |
| Breadth/Width - ft | 99.5 |
| Draft - ft | 25 |

**Deck/Tank Barge:** *American Trader*



| VESSEL | *AMERICAN TRADER* |
|---|---|
| Type/Class | DECK/TANK BARGE |
| Operating Location | Kotzebue |
| Flag | USA |
| Owner | FOSS Maritime |
| Length - ft | 382.2 |
| Breadth/Width - ft | 105 |
| Draft - ft | 20 |

**Landing Craft:** *Unalaq*



| VESSEL | *Unalaq* |
|---|---|
| Type/Class | LANDING CRAFT |
| Operating Location | Dutch Harbor and Kotzebue |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 150 |
| Breadth/Width - ft | 50 |
| Draft - ft | 5' 6" |

**Crew Boat:** *King C.*



| VESSEL | *KING C.* |
|---|---|
| Type/Class | PASSENGER CARRYING VESSEL |
| Operating Location | Dutch Harbor and Kotzebue |
| Flag | USA |
| Owner | Crowley |
| Length - ft | 85.1 |
| Breadth/Width - ft | 20 |
| Draft - ft | 4'6" |

**Primary Fueling Tanker:  Marika**



| VESSEL | *MARIKA* |
|---|---|
| Type/Class | AFRAMAX TANKER - LR |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | Norway |
| Owner | Thome Ship Management (Marivest) |
| Length | 228.5 m |
| Breadth/Width | 32.26 m |
| Draft | 13.90 m Winter Loadline |

**Secondary Contingency Capacity Tanker: (TBD)**



| VESSEL | *HAFNIA ARCTIC* or SIMILAR VESSEL |
|---|---|
| Type/Class | AFRAMAX TANKER - LR |
| Operating Location | Chukchi Sea – Lease Sale 193 planning area |
| Flag | Norway |
| Owner | Thome Ship Management (Marivest) |
| Length - ft | 228.5 m |
| Breadth/Width - ft | 32.28 m |
| Draft - ft | 13.90 m Winter Loadline |