# EXHIBIT 6

Figure 1.b-8    Bathymetry and Planned Drilling Unit Maximum Anchor Radius - Burger V

**c)      Drilling Units**

All planned exploration drilling in the identified lease blocks will be conducted with the *Discoverer* and the *Polar Pioneer*.

The *Discoverer* is a turret moored self-propelled drillship. Station keeping is accomplished using a turret-moored, 8-point anchor system. The underwater fairleads prevent ice fouling of the anchor lines. Turret mooring allows orientation of the vessel's bow into the prevailing metocean conditions to present minimum hull exposure to drifting ice. The vessel is rotated around the turret by hydraulic jacks. Rotation can be augmented by the use of the fitted bow and stern thrusters. Ice-strengthened sponsons have been retrofitted to the drillship's hull.

The *Discoverer* is classed by Det Norske Veritas (DNV) as a MODU for worldwide service. It is a "1A1 Ship-Shaped Drilling Unit l" and is capable of performing drilling operations offshore of Alaska. The *Discoverer* has been issued with a DNV Appendix to Class stating:

"*The structural strength and material quality of the 'Ice Belt' formed by the sponsons below the 8,950 mm A/B level, have been reviewed against the requirements for the DNV ICE-05 Additional Class Notation and found to meet those requirements (as contained in DNV Rules for Classification of Ships, Pt 5 Ch. 1, July 2006) for a design temperature of -15 degrees C.*"

The *Polar Pioneer* is classed by DNV as a MODU for worldwide service. It is a non-self-propelled, "SPM thruster assisted" semisubmersible offshore drilling unit of twin-hull configuration. The rig is a "+ A1 Column Stabilized Unit" and is capable of performing drilling operations offshore of Alaska. Positioning is accomplished with a combination of an eight-point all chain catenary mooring system and thruster assisted mooring system.

The *Polar Pioneer* was built in 1985, with unlimited operation area, in accordance with the Norwegian Maritime Directorate and to DNV regulations, current at that time. While operating in Norwegian waters, the installation, with its inventory, equipment, crew and machinery was required to comply with current rules and regulations for operation on the Continental Shelf of Norway. The *Polar Pioneer* is generally used in waters that are at least 230 ft. (70 m) in depth. However, the *Polar Pioneer* is able to operate in waters shallower than 230 ft. (70 m), such as those at the Burger Prospect, with a completed riser analysis and mooring analysis. These analyses are proprietary documents and are submitted to BSEE as part of the Application for Permit to Drill.

Both drilling units will comply with all of the regulations of DNV, the International Maritime Organization (IMO), and the U.S. Coast Guard (USCG). All exploration drilling operations will be conducted under the provisions of 30 CFR Part 250 Subpart D, and other applicable regulations and notices including those regarding the avoidance of potential drilling hazards, safety and pollution control. The drilling units will undergo inspections by BSEE, DNV and USCG before entering the theater.

Procedures for monitoring and reacting to ice in the prospect areas are provided in the COCP and the DIMP which are attached as Appendices F and G, respectively.

*Discoverer*



*Polar Pioneer*



**Table 1.c-1   Specifications of the *Discoverer* and the *Polar Pioneer***

| Specification | *Discoverer* | *Polar Pioneer* |
|---|---|---|
| **Dimensions** | | |
| Hull Length | 514 ft. (156.7 [m]) | 279 ft. (85 m) |
| Hull Width | 85 ft. (26.0 m) | 233 ft. (71 m) |
| Height | 274 ft. (83.2 m) | 319 ft. (97.3 m) |
| Derrick Height | 175 ft. (53.3 m) | 170 ft. (51.8 m) |
| **Draft** | | |
| Transit Draft | 26.9 ft. (8.2 m) | 30 ft. (9.15 m) |
| Operating Draft at Load line | 26.9 ft. (8.2 m) | 75.4 ft. (23 m) |
| **Berths** | 124 berths | 114 berths |
| **Storage Capacity** | | |
| Potable Water | 1,670 barrels (bbl) (266 cubic meters [$m^3$]) | 4,843 bbl (770 $m^3$) |
| Drill Water | 5,798 bbl (922 $m^3$) | 11,140 bbl (1,770 $m^3$) |
| Liquid Mud | 2,400 bbl (382 $m^3$) | 6,180 bbl (982 $m^3$) |
| Bulk Cement | 6,400 cubic feet ($ft^3$) (180 $m^3$) | 12,678 $ft^3$ (359 $m^3$) |
| Fuel | 6,497 bbl (1,033 $m^3$) | 11,290 bbl (1,794 $m^3$) |
| **Propulsion Engines** | (1) MAN Diesel B&W l 6,480 horsepower (hp) | Not Applicable |
| **Power Plant** | (6) Caterpillar 3512 1,476 hp | (5) Bergen KVG-18 3,890 hp |
| **Mooring** | | |
| Anchors | 9 – 15 metric ton (mt) Stevshark, 8 each | 9 – 15 mt Stevshark, 8 each |
| Anchor Lines | 2.75-inch (in.) (7-centimeters [cm]) wire rope 2.5- in. (6-cm) chain | 3.3 in (88 mm) K-4 chain |
| Anchor Line Length | (8 each) 2,750 ft. (838 m) wire + 1,150 ft. (351 m) chain (useable) per anchor | (8 each) 6,458 to 6,675 ft. (1,969 to 2,035 m) chain per anchor |
| **Transit Speed** | 8.0 knots | N/A (non-self-propelled) |
| **Marine Sanitation Device** | OMNIPURE Series 55 | Piranha WRS-40 |

d)   **Service Fee**

The required permit fee of $20,652 (six drill sites at $3,442 each) has been paid in full.