Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-RRB<br><br>DECLARATION VERONICA KEITHLEY |

VERONICA M. KEITHLEY declares as follows:

1. My name is Veronica M. Keithley. I am an attorney with the law firm of Stoel Rives LLP, counsel for Plaintiff Shell Offshore Inc. in the above-captioned matter. My Alaska Bar number is 1411100.

2. The website materials attached as Exhibits 101 through 108 and 110 through 138 to this declaration, in the form of printed text, images, or screen shots were taken from the web addresses, and on the dates, indicated on each Exhibit.

3. I viewed the websites from which the aforementioned materials were taken, and such materials accurately reflect the content of such websites and accurately reflect the images of

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 1

the pages from which each print out was generated or screen shot was made. I have highlighted certain portions of the aforementioned materials for emphasis.

4. Exhibit 109 is a transcript of excerpts of the audio associated with a video published by Greenpeace USA on YouTube at https://www.youtube.com/watch?v=wKSXQlcE9C0. I viewed the video on and downloaded the video from YouTube. Stoel Rives LLP's staff captured audio from the video and transcribed excerpts of the audio at my direction. I viewed the video and reviewed the transcript, and the transcript accurately reflects the content of the video at the time I downloaded the video.

5. Pages 2 through 3 and 5 through 6 of Exhibit 138 contain two webpages that were originally in Finnish. I verified the accuracy of pages 2 through 3 and 5 through 6 of this Exhibit in accordance with Paragraphs 2 and 3 above. I then used Google's translate function to view the webpages as they appear, translated into English, at pages 1 and 4 of this Exhibit.

6. Exhibits 139 through 146 are copies of documents or orders in the district court docket in *Shell Offshore Inc., v. Greenpeace, Inc.*, 3:12-cv-00042-SLG.

7. Exhibit 147 is a slip copy of the Ninth Circuit's decision in *Shell Offshore, Inc. v. Greenpeace, Inc.*, 709 F.3d 1281 (2013).

8. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Anchorage, Alaska this 8th day of April, 2015.

VERONICA M. KEITHLEY

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900  Fax (206) 386-7500

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court - District of Alaska by using the EM/ECF system. I further certify that on April 8, 2015, a copy of the foregoing *Declaration of Veronica M. Keithley* was served by email and regular U.S. Mail on the following:

> Michael A. Moberly
> Hozubin, Moberly, Lynch & Associates
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Email: mike@akdefenselaw.com

/s/ Ryan P. Steen
Ryan P. Steen (AK Bar No. 0912084)

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*