Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.: 3:15-cv-00054-RRB<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (RULE 65) |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Shell Offshore, Inc. and Shell Gulf of Mexico, Inc., (collectively "Shell") moves for immediate entry of a temporary restraining order in the form attached hereto as the [Proposed] Order Granting Temporary Restraining Order and for entry of preliminary and permanent injunctive relief for the purpose of avoiding irreparable harm to Shell that will be caused by Defendants' (collectively, "Greenpeace") unlawful acts. Shell requests that the temporary restraining order remain in place until such time as the Court has ruled on the request for a preliminary injunction. This motion is supported by the accompanying legal memorandum filed by Plaintiffs, the Plaintiffs' verified

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB - 1*
Case 3:15-cv-00054-SLG   Document 17   Filed 04/08/15   Page 1 of 3

complaint, and the declarations of Michael J. Battle, Rocky Lee, David George, and Veronica Keithley, and the exhibits thereto.

DATED: April 8, 2015.

STOEL RIVES LLP

By: s/ Jeffrey W. Leppo
 JEFFREY W. LEPPO
 (BAR NO. 0001003)
 RYAN P. STEEN
 (BAR NO. 0912084)

*Attorneys for Plaintiffs*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court - District of Alaska by using the EM/ECF system. I further certify that on April 8, 2015, a copy of the foregoing *Motion for Temporary Restraining Order and Preliminary Injunction* was served by email and regular U.S. Mail on the following:

> Michael A. Moberly
> Hozubin, Moberly, Lynch & Associates
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Email: mike@akdefenselaw.com

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo (AK Bar No. 0001003)

71297593.1 0079498-00001

*Shell v. Greenpeace, Inc., et al.*
*Case No. 3:15-cv-00054-RRB* - 3

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*