# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE, INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>                   Plaintiffs,<br>      v.<br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>                   Defendants. | Case No. 3:15-cv-00054-SLG |

## ORDER GRANTING MOTION FOR HEARING ON SHORTENED TIME REGARDING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER (LOCAL RULE 7.2(c))

Upon consideration of Plaintiffs' Motion for Hearing on Shortened Time Regarding Plaintiffs' Motion for a Temporary Restraining Order (Local Rule 7.2 (c)) at Docket 14, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that Defendant Greenpeace, Inc. shall file its response to the motion for a Temporary Restraining Order at Docket 8 by **April 9, 2015.** No reply shall be filed except by request of the Court.

Oral argument on Plaintiffs' Motion for a Temporary Restraining Order is scheduled before this Court for **April 10, 2015 at 3:30 p.m.** before Judge Sharon Gleason in Anchorage Courtroom 3. Up to 20 minutes will be allotted to each side.

DATED this 8th day of April, 2015 at Anchorage, Alaska.

                                                               */s/ Sharon L. Gleason*
                                                               UNITED STATES DISTRICT JUDGE