greenpeace international
Ottho Heldringstraat 5, 1066 AZ, Amsterdam, Netherlands
t +31 20 718 2000  f +31 20 514 8151
k.v.k. reg. 41200415 stichting greenpeace council
www.greenpeace.org

GREENPEACE

Captain of the *Blue Marlin* (IMO no. 9186338)
**By fax: +870 3306 58912**

Robert Blaauw
Arctic theme lead
Royal Dutch Shell plc
Carel van Bylandtlaan 16
2596 HR The Hague
**By fax: + 31 70 377 8745**

Pete Slaiby
Vice president, Shell Alaska
Shell Exploration & Production Company
3601 C Street, Suite 1314
Anchorage, AK 99503
**By fax: +1 (907) 770-3636**

André Goedée
CEO, Dockwise
Lage Mosten 21
4822 NJ BREDA
The Netherlands
**By fax: +31 76 548 42 99**

Alan Quintero
Senior Vice President, Operations West
Transocean Ltd.
4 Greenway Plaza
Houston, TX 77046
**By fax: +1 (713) 232-7027**

6th April 2015

Dear Sirs,

**RE: PEACEFUL PROTEST ON "POLAR PIONEER" AGAINST ARCTIC OIL DRILLING**

Six men and women from the Greenpeace International-operated vessel *MY Esperanza* are currently undertaking a peaceful protest on the rig *Polar Pioneer* (IMO 8754140), which is in transit on board the heavy lift vessel (HLV) *Blue Marlin* (IMO no. 9186338) in high seas of the Pacific Ocean.

They aim to inform public opinion on Shell and its contractors' irresponsible plans to move this rig into the Alaskan Arctic and drill for oil there.

Shell and its contractors plan to explore for oil in the Chukchi Sea in full knowledge that:

- Climate change is an urgent global threat, and no more than one-third of proven reserves of fossil fuels can be consumed prior to 2050 if warming is to be limited to 2°C. Exploring and exploiting new fields in the Arctic is incompatible with the goal of avoiding dangerous anthropogenic climate change;

Exhibit 1
Page 1 of 2

GREENPEACE

greenpeace international
Ottho Heldringstraat 5, 1066 AZ, Amsterdam, Netherlands
t +31 20 718 2000  f +31 20 514 8151
k.v.k. reg. 41200415 stichting greenpeace council
www.greenpeace.org

- The Environmental Impact Statement prepared by the US Bureau of Ocean Energy Management estimates a 75% likelihood of a large oil spill occurring in the Chukchi Sea if all its recoverable oil were produced, as well as about 750 smaller crude and refined oil spills over the exploration and production period;

- There is no proven way of cleaning up oil spilled in ice, and even if such technology did exist, the infrastructure and disaster response capabilities available in northern Alaska are not nearly sufficient to respond to a large-scale spill such as the 2010 one involving Transocean's rig *Deepwater Horizon*;

- Conditions in the Chukchi Sea are extremely unforgiving and unpredictable, making oil exploration inherently unsafe. Whilst Shell claimed in 2011 that it could bring "world-class technology and experience to ensure a safe, environmentally responsible Arctic exploration program", the attempt ended with a crippled rig and $12.2 million in penalties for felony safety and environmental violations.

Greenpeace and many other environmental and Indigenous organisations have warned Shell about the risks it is taking over many years, and sought to change its mind through dialogue, advocacy and litigation. More than 6.5 million people have signed the Greenpeace petition calling for icy Arctic waters to be kept off-limits to oil drilling. We are now taking action as a last resort, in a peaceful and safe way.

Whilst the six activists hope you will see sense and turn back from the Arctic, they do not aim in any way physically to interfere with the work of your crew or impede the HLV / rig's navigation. They will establish a non-obstructive protest camp on the rig and plan to remain on or above deck at all times. The activists are supplied to stay for an extended period of time, and plan to do so, unless Shell and Transocean commit to abandoning their plans to drill for oil in Arctic waters. I urge you and your crew to refrain from any action that may endanger their safety.

Should you have any concerns about safety issues or wish to discuss our campaign demands the *Esperanza* can be reached at any time over VHF channel 16 or at +870 773 205 891.

Sincerely,



Ben Ayliffe
Head of Arctic Oil

Greenpeace International

Exhibit 1
Page 2 of 2