Michael A. Moberly, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907-276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00054-SLG |

**[PROPOSED] ORDER DENYING SHELL'S MOTION FOR**
**<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

Having reviewed Plaintiff Shell's Motion for Temporary

Restraining Order and Preliminary Injunction, at Docket 8, and

Defendant Greenpeace, Inc.'s Opposition thereto, the Court

hereby DENIES the motion at Docket 8.

IT IS SO ORDERD this ___ day of April 2015.

_____
Honorable Sharon Gleason
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
9th day of April, 2015, a true
and correct copy of the foregoing
was ELECTRONICALLY served on:

Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/ Michael A. Moberly
9100/537/plead/Opp to Mtn for TRO - Order

Order Denying Motion for Temporary Restraining Order and Preliminary Injunction
Shell et al. v. Greenpeace et al.
3:15-cv-00054-SLG
Page 2