Michael A. Moberly, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907-276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00054-SLG |

**DECLARATION OF DANIEL SIMONS**

DANIEL SIMONS declares as follows:

    1.   I submit this declaration in support of Greenpeace, Inc. in connection with the current court case, Shell Offshore, Inc. v. Greenpeace, Inc., Case No. 3:15-cv-00054-SLG (D. Alaska 2015).

    2.   I possess first-hand experience and personal knowledge regarding the facts and matters discussed in this

declaration, and if called as a witness, would and could competently testify thereto.

3. I have read Shell Offshore, Inc.'s ("Shell") Verified Complaint and its allegations therein.

4. I became legal counsel for Greenpeace International in 2008.

5. As counsel for Greenpeace International, I am personally aware of facts surrounding the current situation in the Pacific of Greenpeace International's boarding of the Blue Marlin.

6. Shell wrongly attributes the activity in the Pacific to Greenpeace USA. The *Esperanza* is chartered and operated by Greenpeace International. The six crew members who boarded the *Blue Marlin* and *Polar Pioneer* are there as volunteers of Greenpeace International.

7. Each Greenpeace office can adopt content developed by other offices on a voluntary basis.

8. The *Esperanza* flies the flag of the Netherlands. It is currently located in high seas. The ongoing protest has been vetted to ensure consistency with the laws of the Netherlands, which accord wide protection to the rights to freedom of expression and peaceful assembly. In accordance with Article 92 of the UN Convention on the Law of the Sea, as well customary

DECLARATION OF DANIEL SIMONS
Shell Offshore, Inc v. Greenpeace, Inc., et al.
Case No. 3:15-CV-00054-SLG
Page 2

Case 3:15-cv-00054-SLG   Document 29   Filed 04/09/15   Page 2 of 4

international law, vessels on high seas are subject to the exclusive jurisdiction of their flag State, *i.e.* Dutch law is the law applicable to the *Esperanza*.

9.  Paragraph 30 of Shell's Verified Complaint states that Greenpeace members "have been found guilty of numerous unlawful acts including trespass and piracy". It is not clear what this refers to as no example of such a conviction is given. The reference to piracy appears to me to be based on a charge laid against the entire crew of the Greenpeace International-operated vessel *Arctic Sunrise* in Russia in 2013. This charge was widely ridiculed and later withdrawn. No person was convicted. The Dutch government considered the Russian assertion of jurisdiction over the Netherlands-flagged *Arctic Sunrise* in international waters a violation of its right to exclusive jurisdiction and has initiated international arbitration proceedings against the Russian Federation. These proceedings are currently pending.

10. At the start of the ongoing activity a letter was faxed to, amongst others, Shell, informing it that a peaceful, safe protest would be conducted without any interference with navigation, and Shell was invited to contact the *Esperanza* in case of any concerns about safety.

DECLARATION OF DANIEL SIMONS
Shell Offshore, Inc v. Greenpeace, Inc., et al.
Case No. 3:15-CV-00054-SLG
Page 3

Case 3:15-cv-00054-SLG   Document 29   Filed 04/09/15   Page 3 of 4

11. Shell cannot point to any harm coming from Greenpeace USA.

12. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Amsterdam, the Netherlands, this 9th day of April, 2015.

*/s/ Daniel Simons*

_____
DANIEL SIMONS

CERTIFICATE OF SERVICE
I hereby certify that on the
9th day of April, 2015, a true
and correct copy of the foregoing
was ELECTRONICALLY served on:

Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/ Michael A. Moberly
9100/537/plead/Affidavit Simons

DECLARATION OF DANIEL SIMONS
Shell Offshore, Inc v. Greenpeace, Inc., et al.
Case No. 3:15-CV-00054-SLG
Page 4

Case 3:15-cv-00054-SLG   Document 29   Filed 04/09/15   Page 4 of 4