Michael A. Moberly, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907-276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9611073

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00054-SLG |

## DECLARATION OF ROBIN TAYLOR

ROBIN TAYLOR declares as follows:

1. I submit this declaration in support of Greenpeace, Inc. in connection with the current court case, *Shell Offshore, Inc. v. Greenpeace, Inc.*, Case No. 3:15-cv-00054-SLG (D. Alaska 2015).

2. I possess first-hand experience and personal knowledge regarding the facts and matters discussed in this declaration,

and if called as a witness, would and could competently testify thereto.

3. I have read Shell Offshore, Inc.'s ("Shell") Verified Complaint and its allegations therein.

4. I became a full time staff member for Greenpeace New Zealand ("GPNZ") in 2013.

5. Stichting Greenpeace Council ("Greenpeace International") began its current mission following the *Blue Marlin* off the coast of Brunei on March 12, 2015.

6. On March 23, 2015, Greenpeace International conducted a two hour photoshoot of the *Blue Marlin* and *Polar Pioneer* vessels. During this photoshoot the *Blue Marlin* did not make any maneuvers and did not change its speed or course. Greenpeace International positioned inflatable boats off to the side of the *Blue Marlin* and *Polar Pioneer*. The inflatable boats did not proceed directly at Shell's vessels. Shell was never forced to change course. As Greenpeace International used this exercise as a photo opportunity, Greenpeace International has photographs in support of the explanation provided here.

7. Greenpeace USA is not involved with the operation of the Esperanza. Greenpeace International is responsible for the operations of the Esperanza.

8. Shell claims that as the *Esperanza* began resuming feigns within ½ nautical miles of the *Blue Marlin*, the *Blue*

DECLARATION OF ROBIN TAYLOR
Shell Offshore, Inc. v. Greenpeace, Inc., et al.

*Marlin* radioed and instructed the *Esperanza* to back off to a safe distance. In fact, the *Esperanza* was between .8 to a full nautical mile away from the *Blue Marlin*. Moreover, the weather, speed, and course involved posed no navigational safety hazards or risk of collision. Calling another vessel when it approaches is good seamanship when you are unsure of the approaching vessel's purpose. When the captain of the *Blue Marlin* called, we replied. He was apparently satisfied. The *Blue Marlin* raised no navigational concern after that communication.

9. Greenpeace International did launch two inflatable boats on April 1, 2015 to take photographs of the *Blue Marlin Polar Pioneer*. Circling a vessel does not represent a navigational danger to the vessel being circled. Greenpeace International did nothing while circling the vessels but take photos.

10. Greenpeace International has not stopped, impeded, or delayed any operations of the *Blue Marlin* vessel. Log notes of the ship's speed as well as the radio transcript below establish that the *Blue Marlin* has not slowed down or been delayed:

**Transcript of Vladimir Votiacov, Captain of the Esperanza radio call to Blue Marlin:**

**Captain MYEZ:** *Blue Marlin this is Motor Yacht Esperanza channel Good morning.*

**Blue Marlin:** *Yes Esperanza. Good morning.*

DECLARATION OF ROBIN TAYLOR
Shell Offshore, Inc. v. Greenpeace, Inc., et al.
Case No. 3:15-CV-00054-SLG
Page 3

*Captain MYEZ:* Blue Marlin please be advised that we have six activists which are going to carry out a non-violent direct action. They will board your vessel in order to protest against drilling in the Arctic. As your cargo the Polar Pioneer will be used for that. Please note that the activists are not seeking transportation onboard your vessel. They will at no time interfere with the safety of navigation, crew or your cargo. They are not, I repeat, they are not going to take over control of Blue Marlin. This information has also been sent to the relevant people at Dockwise, Transocean and Shell. I will standby channel 16 all the time, so you can contact us at any time. How do you read. Over.

**Blue Marlin:** Esperanza, I read you loud and clear. Please be advised that you are not authorized to board the Blue Marlin or Polar Pioneer. And any attempt to board is illegal. And Illegally boarding is (unintelligible word) to those attempting to board and to the safety of my crew. Anyone who board will be asked to leave immediately. If they fail to do so we will take whatever action considered necessary for the safety of the crew.

*MYEZ:* And I would like to let you know that we are recording our action. Audio and video recording including the VHF conversation,

DECLARATION OF ROBIN TAYLOR
Shell Offshore, Inc. v. Greenpeace, Inc., et al.

Case 3:15-cv-00054-SLG   Document 30   Filed 04/10/15   Page 4 of 6

*Blue Marlin: This is Blue Marlin standing by on 16 and 13.*

11. Following these communications on April 6, 2015, Greenpeace International launched three inflatable boats with 6 experienced volunteers to board the vessel. The 6 volunteers are extremely well trained in industrial rope access techniques and certification to Industrial Rope Access Trade Association (IRATA) standards. Being fully trained and experienced in these techniques does not make a person reckless or dangerous. Greenpeace International made it clear that the climbers would stay on board as long as it was safe. Greenpeace International conducted a risk assessment before boarding the *Polar Pioneer*. We are in constant communication with the volunteers on the *Polar Pioneer* all day, every day. We have also radioed the *Blue Marlin* each time we have resupplied the volunteers on board the *Polar Pioneer*. And Greenpeace International has made it abundantly clear to the *Blue Marlin* that the climbers will come down if there is any danger or safety issues related to staying on board.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in MY *Esperanza*_____, Pacific Ocean_____ this _10th____ day of April, 2015.

DECLARATION OF ROBIN TAYLOR
Shell Offshore, Inc. v. Greenpeace, Inc., et al.
Case No. 3:15-CV-00054-SLG
Page 5

_____
ROBIN TAYLOR

CERTIFICATE OF SERVICE

I hereby certify that on the
9th day of April, 2015, a true
and correct copy of the foregoing
was electronically sent to the
following:

James E. Torgerson, Esq.
Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
Stoel Rives, LLC
510 L Street, Suite 500
Anchorage, AK 99501-1959

LAW OFFICE OF HOZUBIN & MOBERLY

By: /s/ Michael A. Moberly
0.097/plead/Affidavit

DECLARATION OF ROBIN TAYLOR
Shell Offshore, Inc. v. Greenpeace, Inc., et al.