Jeffrey W. Leppo (Bar No. 0001003)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900    Fax (206) 386-7500*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No.:  3:15-cv-00054-SLG<br><br>OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION (ECF No. 27) |

Defendants' motion for reconsideration should be denied.  Counsel for Greenpeace Inc.

(Greenpeace USA) made these same hyper-technical arguments regarding Local Rule 7.2(c)

three years ago, and the Court rejected those arguments.  As the Court explained, Shell's

"compliance with that rule was adequately demonstrated in the context of filing its motion for

injunctive relief at the very outset of the case."[1]

Shell fully demonstrated the need for immediate relief based on the fact that six

Greenpeace activists are currently illegally occupying a Shell drilling vessel in route to the

---

[1] Declaration of Veronica Keithley, Ex. 143, page 5 (Court's Temporary Restraining Order in Case No. 3:12-cv-00042-SLG.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

Pacific Northwest, as part of an international campaign to interfere with Shell's 2015 summer exploration plan. Shell needs immediate injunctive relief to halt that illegal action, and prevent similar torts against the other vessels that Shell has mobilized in support of its 2015 exploration plan.

Defendants claim that "Shell has not presented any evidence to this Court that Greenpeace USA, the party properly before this Court, had anything to do with events involving this vessel."[2] Not true. Greenpeace USA's Executive Director stated that Greenpeace USA will "do everything that we can to stop" Shell's drilling this summer, and threatened to employ the Greenpeace fleet of vessels to do "some special things."[3] Greenpeace USA followed up on that threat by choosing American Aliyah Field, whom Greenpeace USA admits is a Greenpeace USA "staff member,"[4] "to star as the public face" of this illegal event.[5] Greenpeace USA reported that Field, and the other national representatives, were chosen "to act as ambassadors of our movement."[6] Greenpeace USA's ambassador is currently trespassing on the *Polar Pioneer*.

Defendants' other complaints regarding notice are difficult to understand. Early Wednesday morning, Counsel for Shell informed Counsel for Defendant that Shell would be seeking a hearing for this Friday on shortened time. Counsel for Greenpeace did not object, ask for more time, or express any concerns or reservations. Likewise, his concerns about dates of significance to Shell are misplaced. Shell needs immediate relief because activists are currently occupying the *Polar Pioneer*, and appear intent on remaining there "unless Shell and Transocean commit to abandoning their plan to drill for oil in Arctic waters."[7]

---

[2] ECF No. 27 at 3.
[3] Keithley Decl., Exhibit 109, pages 1, 12.
[4] ECF No. 28 at 9.
[5] *Id*. Exhibit 120, page 2.
[6] *Id*. at Exhibit 119, page 1.
[7] ECF No. 28-1 at 2.

OPPOSITION TO DEFENDANTS' MOT. FOR RECONSIDERATION
*Shell Offshore Inc., et al. v. Greenpeace, Inc., et al.*, 3:15-cv-00054-SLG
Page 2 of 3

Those concerns aside, the matter of the temporary restraining order is now briefed. Counsel for Shell are in town and ready to proceed. Counsel for Greenpeace appears ready to proceed as well. There is no reasonable basis to reset the hearing at this point in time.

DATED: April 10, 2015

STOEL RIVES LLP

By: s/ Jeffrey W. Leppo
    JEFFREY W. LEPPO
    (ALASKA BAR NO. 0001003)
    RYAN P. STEEN
    (ALASKA BAR NO. 0912084)

    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:15-cv-00054-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo

78810220.1 0079498-00003

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*