Michael A. Moberly, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907-276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00054-SLG |

**ERRATA RE FILING OF DECLARATION OF ROBIN TAYLOR [DKT. 30]**

COMES NOW Defendant, Greenpeace, Inc. (Greenpeace USA), by and through its counsel of record, Hozubin, Moberly, Lynch & Associates, and hereby files this Errata pursuant to the Clerk's Docket Annotation of April 10, 2015.

Declarant Robin Taylor is currently aboard the *Esperanza* which, at its last known position, was approximately 750 miles

northwest of Hawaii.[1]  Transmission of documents has been sporadic and the quality, at times, difficult to read. Defendant Greenpeace, Inc. (Greenpeace USA) attaches hereto the unsigned Declaration of Robin Taylor as a means for the Court and the parties to be able to clearly read that which Robin Taylor declares and swears to under penalty of perjury, and that which he signed on April 9, 2015.

DATED this 10th day of April 2015.

> HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
> Attorneys for Defendant
> Greenpeace, Inc., a California corporation
>
> By:  /s/ Michael A. Moberly
> Michael A. Moberly, Esq.
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Telephone: 907-276-5297
> Facsimile: 907-276-5291
> E-mail: mike@akdefenselaw.com
> Alaska Bar No. 9612073

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of April, 2015, a true
and correct copy of the foregoing
was ELECTRONICALLY served on:

Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/ Michael A. Moberly
9100/537/plead/Errata

---

[1] See Complaint, Dkt. 1, at 2 - ¶ 2; Declaration of Michael Battle, Dkt. 11, at 6 - ¶ 15.

Errata
SHELL et al. GREENPEACE et al.
3:15-cv-00054-SLG
Page 2
Case 3:15-cv-00054-SLG   Document 32   Filed 04/10/15   Page 2 of 2