IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE, INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>        Plaintiffs,<br>  v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>        Defendants. | Case No. 3:15-cv-00054-SLG |

## ORDER RE MOTION FOR RECONSIDERATION

After reviewing Greenpeace's Motion for Reconsideration of Order at Docket 21, the motion is DENIED.

DATED this 10th day of April, 2015 at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE