# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE, INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>               Plaintiffs,<br>    v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>               Defendants. | Case No. 3:15-cv-00054-SLG |

## Order Extending Temporary Restraining Order

For the reasons stated on record in the hearing on April 28, 2015, the Temporary Restraining Order entered by the Court at Docket 34 is extended to the earlier of **May 9, 2015** or the date of the Court's determination on Shell's Motion for a Preliminary Injunction at Docket 17.

DATED this 29th day of April, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE