| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| 12 | Declaration of David George | | | | | | |
| | | 1 | Shell | | | | |
| | | 2 | Shell | | | | |
| | | 3 | Shell | | | | |
| | | 4 | Shell | | | | |
| | | 5 | Shell | | | | |
| | | 6 | Shell | | | | |
| 13 | Declaration of Veronica Keithly | | | | | | |
| | | 101 | | | | 2 News Articles-Anti Drilling In AK and 7 GP Activists with Felonies | |
| | | 102 | | | Lucy Lawless GP Blog /Article New Zealand. Page 4 has viewer comments | | |
| | | 103 | | | | Fuel Fix Article re: Esperanza | |
| | | 104 | | | Page 7 of Ex. 104 is Greenpeace Africa Website. | News Articles ALL about GPINT-Hoax Villainous, GP Shuts down Shell Stations | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

1

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | | | | | in the UK | |
| | | 105 | | | | News Articles-Lucy Lawless | |
| | | 107 | | | GP INT Opposing drilling | | |
| | | 108 | | GP- twitter of Annie Leonard Executive Director of GP | | | |
| | | 109 | | GP Transcripts of Arctic Campaign (Annie Leonard) | | | |
| | | 110 | | GP USA-Shell clears major hurdle in Arctic drilling | | | |
| | | 111 | | GP USA (FB) Screen shot of FB. Page 2 has viewer comments | | | |
| | | 112 | | GP USA - Do you have what it takes test and FB, What kind of Courage do you have | | | |

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 114 | | GP Photo -from Twitter page of Laura Kenyon | | | |
| | | 115 | | | The Crossing Website-Esperanza Crossing the Pacific | | |
| | | 116 | | | Save the Arctic-Thank you Seattle! Page 3 is GP article re: Shell's changed course.  The Crossing Web Pages, Viewer Comments | | |
| | | 117 | | Page 3-10 is Greenpeace USA webpages | | New Article re: Indonesia protests against Barbie Page 3-4 Article on Bridgeport Protest,  Page 3-10 is Greenpeace US pages.GP Twitter have viewer comments. | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

3

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 119 | | GP USA The Chase Is On | | | |
| | | 120 | | FB-Page 5 | GP The Crossing Webpage page 6 | News/blog the Stranger | |
| | | 121 | | GP USA 3 Month Arctic Contract, GP Director, Page 9 FB page | | News/blog Page 5-9 The Stranger to Join Kayaks. Page 10 Greenpeace View Comments on Twitter | |
| | | 122 | | | GP Arctic Sunrise FB | | |
| | | 123 | | | GP INT page 3 | News - Greenland Premier slams rig | |
| | | 124 | | | | News-Fuel fix GP abandons Cairn Energy rig. Greenland Oil Rig, | |
| | | 125 | | | | News-A.N.D. GP Activists dangling arrested. Page 5-Cairn Energy wins Injunction, Page 7 | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

4

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | | | | | Greenland Battle | |
| | | 126 | | | | News-Russia Drill rig | |
| | | 128 | | | | News Russian Arctic protest | |
| | | 129 | | | | News -Russia GP Protests | |
| | | 130 | | | | News Protest of Exxon rig set to drill in Russia for anniversary of Valdez | |
| | | 131 | | | | News-Rotterdam and Russia protests | |
| | | 132 | | | GP INT page 4 -blocked arctic oil rigs | Gazproms Protests | |
| | | 133 | | | GP INT | Protest of Spitsbergen rig, Norewegian Authorities end GP | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

5

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | | | | occupationon rig, | | |
| | | 134 | | GP USA page 11 | | Spanish Navy Rams GP boat | |
| | | 135 | | GP USA | | News/blog/ Earth Justice Letter | |
| | | 137 | | | | | |
| | | 138 | | | GP INT Finland Cheaper oil | | |
| | | 139 | | | GP INT | | |
| | | 140 | | | | | ORDER PI |
| | | 141 | | | | | TRO |
| | | 142 | | | | | Injunction |
| | | 143 | | | | | ORDER TRO |
| | | 144 | | | | | ORDER PI |
| | | 145 | | | | | ORDER: ALL MTNS |
| | | 146 | | | | | Amended PI |
| | | 147 | | | | | Opinion |
| | | | | | | | |
| 42 | Declaration of Joe'l Mafringe | A | | Letter to GP | | | |
| | | | | | | | |

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| 43 | **2nd Dec. of Veronica Keithly** | 148 | | | | | Transcript |
| | | 149 | | GP Financials | | | |
| | | 150 | | GP Exempt Income Tax Forms | | | |
| | | 152 | | | 2012 Annual Report | | |
| | | 153 | | GP Blogs-6 volunteers scale Shell rig | | | |
| | | 154 | | GP Twitter | | | |
| | | 155 | | | | Occupation of Shell's Arctic Oil rig, | |
| | | 156 | | GP-blog -resupply our people-camp Shell's rig, | | | |
| | | 157 | | | GP INT-how to climb an oil rig in pictures. | | |
| | | 158 | | GP USA GP responds to Shell Injunction | | | |
| | | 159 | | | | The Stranger Blogs | |
| | | 160 | | | | The Stranger blogs | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

7

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 161 | | GP USA FB Event Arctic Drillin-Shell No! | | | |
| | | 162 | | GP USA Courage starts here-donate today | | | |
| | | 163 | | GP USA | | | |
| | | 164 | | GP USA FB Pages | | | |
| | | 165 | | | | Activists Shell's Arctic bound oil rig refuse to leave (GPUSA) | |
| | | 166 | | GB Blogs  Shell trying to silence your voice | | | |
| | | 167 | | GP Photo | | | |
| | | 168 | | | | News ( save the arctic) Back on the Esperanza | |
| | | 169 | | GP Twitter Aliyah Field | | | |
| | | 170 | | GP USA Twitter feed | | | |
| | | 171 | | GP USA FB Screen shot | | | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

8

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 172 | | | | 350.org Twitter feed re: Edinburgh | |
| | | 173 | | GP USA Twitter | | | |
| | | 174 | | GP USA page 3 | | News- Coast guard creates 1st amendment zone for Puget sound | |
| | | 175 | | | GP Blogs/The Crossing | | |
| | | 176 | | | GP Arctic Twitter | | |
| | | 178 | | | GP INT  climbers leave Arctic Oil rig | | |
| | | 179 | | GP USA FB-courages page | | | |
| | | 180 | | | | Arctic drill rig to stop in Port Angeles. | |
| | | 181 | | GB USA The Esperanza | | | |
| **50-2 and 54-1** | **Supp. Dec of Rocky Lee** | | | | | | |
| | | Attach 1-1 | | | | Shell injunction forces GP to get Creative. | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

9

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| **76-1** | **3rd Declaration of Veronica Keithly** | | | | | | |
| | | 101 | | | | News article, GP activists arrested | |
| | | 102 | | | Lucy Lawless GP Blog | | |
| | | 103 | | | | Fuel Fix Article | |
| | | 104 | | | | News Articles | |
| | | 105 | | | | News Articles about charges | |
| | | 106 | | | GP blog | | |
| | | 107 | | | | Guardian Article | |
| | | 108 | | Twitter GP US | | | |
| | | 109 | | Annie Leonard Trans. | | | |
| | | 110 | | GP US Press Release | | | |
| | | 111 | | GP US FB | | | |
| | | 112 | | GP US Quiz and blogs | | | |
| | | 113 | | | The Crossing web pages | | |
| | | 114 | | Photo | | | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

10

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 115 | | | The Crossing webpages | | |
| | | 116 | | | The Crossing and Save the Arctic Webpages | | |
| | | 117 | | | The Crossing webpages | News Articles | |
| | | 118 | | Page 2-3, 6-8, 9-10 | Some GP INT webpages Save the Arctic | | |
| | | 119 | | | The Crossing-Chase is on | | |
| | | 120 | | GP USA Crossing FB | GP INT webpage | News Articles | |
| | | 121 | | GB Advertisements, web pages | | News Articles 5-8 | |
| | | 122 | | | Arctic Sunrise GP Pages | | |
| | | 123 | | | GP INT web pages | Article re: Cairn, rig slams | |
| | | 124 | | | | News Articles Activists occupy rig | |
| | | 125 | | | | Multiple news articles | |
| | | 126 | | | GP INT webpages | News articles | |
| | | 127 | | | | News Articles | |
| | | 128 | | | GP INT  webpages | News Articles | |
| | | 129 | | | GP INT webpages | News Articles | |
| | | 130 | | | | Exxon Article | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 131 | | | | Gazprom protest, news articles | |
| | | 132 | | | Save the Arctic webpages | News articles, Gazprom | |
| | | 133 | | | Norway GP webpages | Transocean pages, articles | |
| | | 134 | | | | Guardian Article | |
| | | 135 | | | | Protest letter, Commissioner pages | |
| | | 136 | GP USA Twitter, GP Climbers Scale, | | | AND news article, Activists board ship articles | |
| | | 137 | GP US Twitter, PB page | | The Crossing Webpage Save the Arctic Page | | |
| | | 138 | | | GP Opposes drilling, Finland Webpage | | |
| | | 139 | | GP Webpage re: Structure | GP Webpage re: Structure | | |
| | | 140 | | | | | Order PI |
| | | 141 | | | | | TRO |
| | | 142 | | | | | Judg. Injunction |
| | | 143 | | | | | Order TRO |
| | | 144 | | | | | Order Mtn PI |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

12

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 145 | | | | | Order All Pending |
| | | 146 | | | | | Amended PI |
| | | 147 | | | | | Opinion form Court of Appeals |
| | | 148 | | | | | Transcript of proceedings |
| | | 149 | | GP Financials | | | |
| | | 150 | | Form 990 | | | |
| | | 151 | | | 2013 Annual Report | | |
| | | 152 | | | 2012 Annual Report | | |
| | | 153 | | | Blog with Photos | | |
| | | 154 | | GP US Twitter | | | |
| | | 155 | | | | Motherboard Article | |
| | | 156 | | | The Crossing webpage | | |
| | | 157 | | | UK GP Blog and photos | | |
| | | 158 | | GP US article re: Injunction | | | |
| | | 159 | | GP Web pages | | News Article re: boarding, drilling/ The Stranger blog | |
| | | 160 | | | | The Stranger Blog | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

13

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 161 | | Notice of Shell No Protest, FB | | | |
| | | 162 | | GP Webpages re: donations | | | |
| | | 163 | | GP Banner | | | |
| | | 164 | | GP US FB | | | |
| | | 165 | | | | News Article re: Shell lawsuit | |
| | | 166 | | | GB Blog Shell tries to silence | | |
| | | 167 | | GB Photo | | | |
| | | 168 | | | The Crossing posting | | |
| | | 169 | | GP US Twitter-boarding of ship | | | |
| | | 170 | | GP US Twitter | | | |
| | | 171 | | GP US FB | | | |
| | | 172 | | | | 350.org Twitter page | |
| | | 173 | | GP US Twitter drilling | | | |
| | | 174 | | Page 3 GP web | | USCG News article | |
| | | 175 | | | The Crossing, Save the Arctic web pages | | |
| | | 176 | | GP Arctic | GP Arctic | | |
| | | 177 | | | | Fuel Fix article | |
| | | 178 | | | New Zealand GP Webpage | | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS
14

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | 179 | | GP US FB and Twitter | | | |
| | | 180 | | | | Article-predicts future | |
| | | 181 | | GP US Esperanza description | | | |
| 76-2 | | 182 | | GP Port Angeles Photos | | | |

EXHIBIT A TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

15