| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| 62 | **Declaration of Mary Sweeters** | | | | | | |
| | | A | | | | Written Instructions for criminal case | |
| | | B | | | | Tribunal of the Sea Netherlands vs. Russia Arctic Sunrise Case | | |
| | | C | | | | Netherlands (Dutch) Shell Netherlands v GP Netherlands | |
| | | D | | | | Letter from GP International to Mr. Raaphorst re: peaceful protest | | |
| 63 | **Declaration of Carol McNeese** | | | | | | |
| | | A | | | | LA Times- Shell is not ready for the Arctic | |

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | B | EPA letter to Shell and Environ App | | | | |
| | | C | Anch News article-Noble Discoverer close to shore and photo | | | Anchorage Daily News article-Noble Discoverer close to shore and photograph | |
| | | D | | | | CG release-investigating Noble discoverer | |
| | | E | 2012 emails from Shell and environment enforcemtn re: oil testing | | | | |

EXHIBIT B TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS
2

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | F | | | | | |
| | | G | | | | Shell-small fire on drill ship | |
| | | H1/H2 | | | | USCG-Report re: Modu Kulluk and BP Deep water Horizon | |
| | | I1/I2 | | | | TransOcean Deepwater Plea Agreement/Successor& Order | |
| | | J | | | | Justice News-Transocean agrees to plea | |
| | | K | | | | Arctic Oil spill would challenge USCG | |
| | | L | | | | Nat Geo-As Arctic Melts | |
| | | M | | | | Chukchi Sea Planning Oil lease | |

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | N | | | | Alaskans sitting on billions of oil | |
| | | O | App for incidental harrassment-nonlethal taking of whales | | | | |
| | | P | | | | NOAA Arctic Report Card | |
| | | Q1/Q2 | | | | Arctic summer be nearly sea ice free/ | |
| | | R | | | | CEO of Shell gone to la la land | |
| | | S | | | | United Nations report of Conference of the parties | |
| | | T/T2 | | | | Geo distribution of fossil fuels/Data figures | |
| | | U | | | | Torvinen Letter | |
| | | V | | | | Tribunal Law of the Sea Arctic Sunrise Case | |

EXHIBIT B TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS
4

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
| | | W | | | | Putin-GP not pirates but did break law | |
| | | X | | | | BOEM invited public comment re: Chukchi Sea | |
| | | Y | | | | Review of Shell's Arctic drilling plans | |
| | | Z1/Z2 | | | | Shell Netherland 2012 Judgment | |
| | | AA | Letter to Shell Mexico re: BOEM | | | | |
| | | BB | | | | Feds launch review of Shell drilling | |
| | | CC | | | | NOAA rising sea air temps | |
| | | DD | | Arctic Explorers Retreat | Arctic Explorers retreat | Arctic explorers retreat | |
| | | EE | | | | Noble drilling charged with maritime crimes | |

EXHIBIT B TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

5

| Docket No. | Document Title | Exhibit No. | Shell | GP USA | GP INT | News Article | Court document |
|---|---|---|---|---|---|---|---|
|  |  | FF |  |  |  | Navy predicts ice free arctic by 2016 |  |
|  |  | GG | Wreck of Kulluk |  |  | Wreck of Kulluck |  |
|  |  | HH |  |  |  | Rig data: Noble Discoverer |  |
|  |  | II |  |  |  | Rig Data: Polar Pioneer |  |
|  |  | JJ |  |  |  | World Energy Outlook 2012 |  |
|  |  | KK |  |  |  | Arctic Sea news- |  |
|  |  | LL |  |  |  | Average Arctic Sea ice extent |  |
|  |  | MM |  |  |  | Climate change in the US |  |
|  |  | NN |  |  |  | Chapter 22 Alaska Climate change |  |
|  |  | OO |  |  |  | GP boards arctic offshore rig in Pacific |  |

EXHIBIT B TO DEFENDANT GREENPEACE, INC.'S MOTION TO STRIKE PLAINTIFFS' HEARSAY EXHIBITS

6