Michael A. Moberly, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907-276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

Matthew F. Pawa (*pro hac vice*)
Wesley Kelman (*pro hac vice*)
Benjamin A. Krass (*pro hac vice*)
PAWA LAW GROUP, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550 · (617) 641-9551 (fax)
E-mail: mp@pawalaw.com
wkelman@pawalaw.com
bkrass@pawalaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>    Defendants. | Case No. 3:15-cv-00054-SLG |

**[PROPOSED] ORDER STRIKING EXHIBITS**

  Having reviewed Defendant Greenpeace, Inc.'s Motion to Strike Plaintiffs' Hearsay

Exhibits, and any opposition thereto, the Court hereby GRANTS the motion.

IT IS SO ORDERED this _____ day of _____ 2015.

                                               _____
                                               Honorable Sharon L. Gleason
                                               U.S. District Court Judge

SHELL et al. v. GREENPEACE et al.
3:15-cv-00054-SLG
Page 2
Case 3:15-cv-00054-SLG   Document 88-3   Filed 04/29/15   Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of April, 2015, a true
and correct copy of the foregoing
was ELECTRONICALLY served on:

Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/ Michael A. Moberly

SHELL et al. v. GREENPEACE et al.
3:15-cv-00054-SLG
Page 3
Case 3:15-cv-00054-SLG   Document 88-3   Filed 04/29/15   Page 3 of 3