| USDCA 435 (Rev. 07/14) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| *Read Instructions Page* | | |

| 1. NAME: Jeffrey W. Leppo | 2. PHONE NUMBER: 907-263-8427 (Melissa K. Ferreira) | 3. DATE: 04/29/2015 | |
|---|---|---|---|
| 4. MAILING ADDRESS: 600 University St., Ste. 3600 | 5. CITY: Seattle | 6. STATE: WA | 7. ZIP CODE: 98101 |
| 8. CASE NUMBER: 3:15-cv-54-SLG | 9. JUDICIAL OFFICIAL: Hon. Sharon L. Gleason | DATES OF PROCEEDINGS | |
| | | 10. FROM 04/28/2015 | 11. TO 04/28/2015 |
| 12. CASE NAME: Shell Offshore Inc., et al. v. Greenpeace, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Anchorage | 14. STATE AK |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Specify) Hearing on Plaintiffs' Motion for Preliminary Injunction | 04/28/2015 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | [ ] OTHER (Specify) | |
| [ ] JURY INSTRUCTIONS | | | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page [ ] | [ ] | NO. OF COPIES | | |
| 14 DAY | $4.25 per page [ ] | [ ] | NO. OF COPIES | | |
| DAILY | $6.05 per page [x] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed)*
19. DATE April 29, 2015

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY