**A M E N D E D**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SHELL OFFSHORE INC., et al.   vs.   GREENPEACE, INC.

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:15-cv-00054-SLG

DEPUTY CLERK:   SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:   R. JOY STANCEL

APPEARANCES:   PLAINTIFF: JEFFREY W. LEPPO & JASON T. MORGAN

DEFENDANT: MATTHEW F. PAWA, MICHAEL A. MOBERLY, & WESLEY KELMAN

PROCEEDINGS: HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(DKT 17) HELD APRIL 28, 2015
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re defendant's Motion to Strike (dkt 84); Court deferred ruling.

Court and counsel heard re defendant's oral motion for extension of time to file response to complaint.

Court and counsel heard re defendant's objection to authenticity of plaintiff's documents and websites from Greenpeace International.

Arguments heard.

Defendant's oral motion for extension of time to file response to complaint **GRANTED**. Due by **May 4, 2015.**

Court and counsel heard re hearing scheduling; 3 hours allotted for each side.

Court and counsel heard re issue of 500 meters/500 yards vs. 1000 meters.

Opening statements heard.

Court and counsel heard re defendant's oral motion to invoke witness exclusionary rule; **GRANTED.**

Continued To Page 2

```
                          A M E N D E D
                     CONTINUATION - PAGE 2
            SHELL OFFSHORE INC., et al. vs. GREENPEACE, INC.
                          3:15-cv-00054-SLG
            HEARING ON MOTION FOR PRELIMINARY INJUNCTION (DKT 17)
                           APRIL 28, 2015
```
--------------------------------------------------------------------

David George sworn and testified on behalf of the defendant.

At 10:13 a.m. court recessed until 10:30 a.m.

Defendant's exhibit PP **ADMITTED.**

David George resumed the stand and testified further on behalf of the defendant.

Michael John Battle IV sworn and testified on behalf of the defendant. Defendant's exhibits QQ, RR **IDENTIFIED.**

Court ordered all exhibits filed as part of the record are admitted for the purposes of this proceeding only unless the court specifically strikes a designated one or portions of it; Plaintiff's exhibits 1-6, 101-182 **ADMITTED.** Defendant's exhibits A-Z, AA-OO **ADMITTED.**

Court and counsel heard re clerk to provide each side of time accounting after the lunch hour.

At 11:58 a.m. court recessed until 1:23 p.m.

Court and counsel heard re time accounting provided to each party.

Court and counsel heard re Defendant's exhibits QQ, RR, SS, TT **ADMITTED.**

Court and counsel heard re Defendant's chart of objections; no objection to authentication of Greenpeace USA documents.

Court and counsel heard re Defendant to file a motion to strike.

Michael John Battle IV resumed the stand and testified further on behalf of the defendant.

At 2:34 p.m. court recessed until 2:55 p.m.

Court and counsel heard re time accounting of 9 minutes remaining for defendant.

Continued To Page 3

# **A M E N D E D**
CONTINUATION - PAGE 3
SHELL OFFSHORE INC., et al. vs. GREENPEACE, INC.
3:15-cv-00054-SLG
HEARING ON MOTION FOR PRELIMINARY INJUNCTION (DKT 17)
APRIL 28, 2015
----------------------------------------------------------------

Court and counsel heard re defendant's oral motion for an additional 20 minutes; **GRANTED.**

Court and counsel heard re witnesses and scheduling.

Michael John Battle IV resumed the stand and testified further on behalf of the defendant. Defendant's exhibit UU **IDENTIFIED.** Defendant's exhibit VV **ADMITTED.**

Mary Sweeters sworn and testified on behalf of the defendant. Plaintiff's exhibits 183, 184, 185 **ADMITTED.**

At 4:07 p.m. court recessed until 4:26 p.m.

Mary Sweeters resumed the stand and testified further on behalf of the defendant. Defendant's exhibit WW **ADMITTED.**

Closing arguments heard.

Court noted the Temporary Restraining Order issued on April 11, 2015 expires 5:00 p.m. today. Pursuant to Rule 65(b), Court extended it out for up to 28 days as currently drafted from when it was issued; Court to issue order.

Motion for Preliminary Injunction (dkt 17)**\*** matter taken **UNDER ADVISEMENT,** written ruling to issue.

Court had put parties on notice of issuing an order that would require expedited briefing in the event that a motion to dismiss was filed so that it can be determined at the same time frame.

Court ordered Defendant to file their motion to strike re exhibits by close of business on **April 29, 2015**; Court ordered parties to file a response to the other one's motion to strike by **May 5, 2015.**

Court and counsel heard re all admitted exhibits, if any party seeks to strike any of the admitted exhibits, a motion must be filed by close of business **April 29, 2015.**

**A M E N D E D**
CONTINUATION - PAGE 4
SHELL OFFSHORE INC., et al. vs. GREENPEACE, INC.
3:15-cv-00054-SLG
HEARING ON MOTION FOR PRELIMINARY INJUNCTION (DKT 17)
APRIL 28, 2015
----------------------------------------------------------------
At 5:25 p.m. court adjourned.

OFF RECORD: List of Witnesses and List of Exhibits to be filed separately. All admitted exhibits forwarded to the court.

*Amended Information

DATE:           May 4, 2015           DEPUTY CLERK'S INITIALS:    SDW

(Revised 1-29-2015)