Jeffrey W. Leppo (Bar No. 0001003)
Ryan Steen (Bar No. 0912084)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 689-0900
Facsimile: (206) 386-7500
jeffrey.leppo@stoel.com
ryan.steen@stoel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>                        Plaintiffs,<br><br>    v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>                        Defendants. | Case No.: 3:15-cv-00054-SLG<br><br>EXPEDITED/EMERGENCY MOTION BY PLAINTIFFS FOR ENTRY OF ORDER REQUIRING COMPLIANCE WITH PRELIMINARY INJUNCTION |

Plaintiffs Shell Offshore Inc. and Shell Gulf of Mexico Inc. ("Shell") respectfully requests entry of an order requiring defendant Greenpeace, Inc. ("Greenpeace USA") to comply with this Court's Preliminary Injunction (Dkt. 111). Shell requests a telephonic hearing this afternoon, July 29, 2015, to address Greenpeace USA's ongoing actions in Portland, Oregon to block the *Fennica* from its departure from the port en route to Alaska.

Before dawn this morning, numerous Greenpeace USA activists lowered themselves on ropes from the St. John's Bridge over the Willamette River in Portland, Oregon for the specific

*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 1
Case 3:15-cv-00054-SLG   Document 174   Filed 07/29/15   Page 1 of 9

purpose of "blocking Shell's icebreaker from leaving Portland, OR for the Arctic … We have enough supplies to last for several days, and we're not letting Shell's ship through." (Letter from Greenpeace USA's Georgia Hirsty)(attached); *see also*

https://www.youtube.com/watch?v=hz_X88HdF2Q ('Greenpeace activists have rappelled off the St. John's Bridge behind me" and "are low enough and the Fennica is tall enough that it will certainly create a blockade … so that will delay them and slow them down…" - Greenpeace USA's Cassidy Sharp) (last visited July 29, 2015);

http://www.katu.com/news/local/Protesters-suspended-from-St-Johns-Bridge-to-block-Shell-oil-icebreaker-Fennica-rig-Portland-Oregon-319353711.html?tab=video&c=y

(Greenpeace representative, Steve Nichols: "So far I have not seen a single vessel not be able to get through. There's only one vessel that we are here to block, and that is Shell's icebreaker the Fennica, which has equipment on it that they can't do any Arctic drilling without… the window for drilling in the Arctic is very narrow… the longer it takes to get the ship up there, the less time they have to drill.") (last visited July 29, 2015);

http://www.greenpeace.org/international/en/news/Blogs/makingwaves/save-the-arctic-block-shell/blog/53635/ (last visited July 29, 2015);

*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 2
Case 3:15-cv-00054-SLG   Document 174   Filed 07/29/15   Page 2 of 9



http://www.greenpeace.org/usa/ (last visited July 29, 2015 at 1:08 p.m. PT);



*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 3

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900   Fax (206) 386-7500*



https://mobile.twitter.com/greenpeaceusa

The *Fennica* is one of the vessels protected under this Court's preliminary injunction. DKT 111 at p. 14 ¶1(a)(iv). The *Fennica* is preparing to leave the Port of Portland. ¶2(b) of this Court's injunction enjoins Greenpeace USA from "tortiously or illegally interfering with the operation, movement or progress of the vessels, property or facilities."

Shell has emailed Matt Pawa, Greenpeace USA's counsel with its request that Greenpeace USA stand down. Mr. Pawa has not responded. Undersigned counsel has called Mr. Pawa's office line and spoken with his receptionist, but has been advised that Mr. Pawa cannot take the call. A voicemail message was left. Additionally, undersigned counsel has left a voicemail on Mr. Pawa's cell phone advising that this motion was being filed, with a request for a hearing this afternoon.

Shell asks for entry of an order directing Greenpeace USA to immediately cease its actions intended to interfere with the *Fennica* and to immediately comply with this Court's preliminary injunction. The daily rate paid by Shell for the *Fennica* is $59,288. Therefore, Shell respectfully requests that the Court impose a compliance fine of $2,500 per hour until Greenpeace USA has removed its activists from the St. John's Bride and discontinued any other actions intended to interfere with the *Fennica*. In requesting this compliance fine, Shell points out that Greenpeace actively is soliciting donations via social media from the public based on its ongoing illegal activities.

*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 4

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900   Fax (206) 386-7500*

In filing this motion, Shell also relies on its pending Motion for Sanctions which places into the record an evidentiary submission, uncontested by Greenpeace USA, clearly establishing that Greenpeace USA violated this Court's injunction on June 15, 2015 in Seattle when it blockaded the *Polar Pioneer*



and again on June 17, 2015 off the coast of Vancouver Island, Canada when the *Esperanza* interfered with the navigation of the *Polar Pioneer*, an action taken in concert with Greenpeace USA.



*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 5

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

*See* DKT 161 - 163, 172-173.

DATED: July 29, 2015

STOEL RIVES LLP

By: s/ Christopher N. Weiss
    Jeffrey W. Leppo (Bar No. 0001003)
    Ryan Steen (Bar No. 0912084)
    Christopher N. Weiss, Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG - Page 6
Case 3:15-cv-00054-SLG   Document 174   Filed 07/29/15   Page 6 of 9

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I filed a true and correct copy of the foregoing EXPEDITED MOTION BY PLAINTIFFS FOR ENTRY OF ORDER REQUIRING COMPLIANCE WITH PRELIMINARY INJUNCTION with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. Participants in this Case No. 3:15-cv-00054-SLG who are registered CM/ECF users will be served by the CM/ECF system:

| | |
|---|---|
| Jeffrey W. Leppo | Email: jeffrey.leppo@stoel.com |
| Ryan P. Steen | Email: ryan.steen@stoel.com |
| Jason T. Morgan | Email: jason.morgan@stoel.com |
| Christopher N. Weiss | Email: chris.weiss@stoel.com |
| Aric H. Jarrett | Email: aric.jarrett@stoel.com |
| Attorneys for Plaintiffs | |

| | |
|---|---|
| Michael A. Moberly | Email: mike@akdefenselaw.com |
| Matthew F. Pawa | Email: mp@pawalaw.com |
| Benjamin A. Krass | Email: bkrass@pawalaw.com |
| Wesley Kelman | Email: wkelman@pawalaw.com |
| Attorneys for Defendants | |

/s/ Christopher N. Weiss
Christopher N. Weiss

79639568.1 0079498-00003

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900   Fax (206) 386-7500

*Shell v. Greenpeace, Inc. et al.*
Case No. 3:15-cv-0054-SLG
Case 3:15-cv-00054-SLG   Document 174   Filed 07/29/15   Page 7 of 9

**Stevens, Lynn A.**

**From:** Georgia Hirsty, Greenpeace <webmaster@greenpeaceusa.org>
**Sent:** Wednesday, July 29, 2015 6:25 AM
**To:** Stevens, Lynn A.
**Subject:** BREAKING: We're blocking Shell's icebreaker

# GREENPEACE

Lynn -

As I write this, I'm preparing to suspend myself from a bridge, blocking Shell's icebreaker from leaving Portland, OR for the Arctic. And if you got this email, that means I made it.

Shell is almost ready to drill in the Arctic but its icebreaker containing a vital piece of drilling equipment hit something, causing a gaping hole. So it had to come down here to Portland to get patched up. **We are now what stands in between Shell and an Arctic oil catastrophe.**

**While I'm holding up the ship, you can take action by asking President Obama to cancel Shell's drilling plans and protect the Arctic!**

Shell isn't just threatening polar bears and walruses with its drilling plans. By tapping into a new source of oil ironically only accessible because of melting ice it's threatening the entire world with worsening climate change.



**We're blocking Shell's ship!**

**Ask President Obama to deny Shell from drilling in the Arctic.**

TAKE ACTION

**I'm prepared to stay up here as long as possible, and so are my friends.** We have enough supplies to last several days, and we're not letting Shell's ship through.

I'm inspired by the courage of everyone who has acted so far: from the Alaska Native communities who have been resisting driling for years, to the thousands of kayaktivists who met the rig in Seattle, to the millions who have spoken out against this terrible plan.

**Every minute Shell is delayed is more time for us to convince the Obama administration to cancel the company's drilling plans. Take action now!**

**The fight to save the Arctic is heating up, and we can win.** There's only a very short window of time that Shell can drill, and this once leaky icebreaker already threatened the whole operation.

Shell has been here before. In 2012, the company conducted Arctic drilling tests, spectacularly crushing a containment dome (the same piece of vital equipment aboard this leaky icebreaker) and crashing a drilling rig into the Alaskan coast.

But Shell still thinks it can safely drill and, for some reason, the Obama Administration agrees. The government just allowed Shell to clear a major legal hurdle. So that leaves it up to us to stand up against the oil giant.

1

**Shell is almost ready to drill. Tell President Obama it's not too late to change his mind and stop Shell before the last ship reaches the Arctic.**

And that's why we're out here. I don't know how long we'll be able to stay, but we're going to delay Shell for as long as we're able. And we're going to make sure the world is watching so everyone knows about Shell's dirty plans to spoil the Arctic and heat up our world.

**Join me today and tell President Obama to stop Shell and leave a clean climate legacy.**

For the Arctic,

Georgia Hirsty
Greenpeace climber

P.S. We'll be here blocking Shell as long as we can. Follow along live and join the call to President Obama to protect the Arctic and our climate.


Click here to forward this message.

Greenpeace
702 H Street, NW, Suite 300, Washington, DC 20001 | 1-800-722-6995

You received this mailing because lastevens@stoel.com is subscribed to our mailing list. To change your subscriptions please click here. We value your privacy. If you have any questions about how we use your information please read our privacy policy.

Email not displaying correctly? View it in your browser