IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE, INC., a Delaware corporation, and SHELL GULF OF MEXICO, INC., a Delaware corporation,<br><br>                Plaintiffs,<br>    v.<br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>                Defendants. | Case No. 3:15-cv-00054-SLG |

## ORDER OF CIVIL CONTEMPT

Upon motion by Plaintiffs at Docket 174 and based on a review of the parties' submissions and arguments at the hearings on July 29 and 30, 2015, and for the reasons stated on the record on July 30, 2015, the Court GRANTS the Plaintiffs' motion and finds by clear and convincing evidence that Greenpeace, Inc. (also known as Greenpeace, USA) is in civil contempt of the Court's Preliminary Injunction Order at Docket 111. Specifically, the Court finds that Greenpeace, Inc. will remain in civil contempt so long as its activists continue to hang from the St. John's Bridge in Portland, Oregon with the *Fennica* located upstream of that bridge.

The Court orders the following sanctions shall accrue for so long as Greenpeace, Inc.'s activists remain suspended from the St. John's Bridge (all times are in AKT):

- o From 10 AM, July 30, 2015 to 10 AM, July 31, 2015, **$2,500** for each full hour in contempt;

- o From 10 AM, July 31, 2015 to 10 AM, August 1, 2015, **$5,000** for each full hour in contempt;

- o From 10 AM, August 1, 2015 to 10 AM, August 2, 2015, **$7,500** for each full hour in contempt;

- **$10,000** for each full hour in contempt after 10 AM, August 2, 2015.

Sanctions accrued as a result of this Order shall be paid by Greenpeace, Inc. to Plaintiffs Shell Offshore, Inc. and Shell Gulf of Mexico, Inc.

This Order is a preliminary order of contempt, entered without a full evidentiary hearing in light of the emergency, expedited nature of the situation in Portland. Either party may request an evidentiary hearing to modify or vacate the terms of this Order by filing a notice requesting such a hearing no later than **Friday, July 31, 2015 at 5 PM AKT.** Thereafter, the parties will meet and confer to address the timing and scope of the hearing and associated discovery. If an evidentiary hearing is requested, the Court will promptly schedule a scheduling conference with the parties regarding the evidentiary hearing. **However, this Order shall remain in full force and effect unless and until modified by further court order**.

DATED this 30th day of July, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:15-cv-00054-SLG, *Shell Offshore Inc., et al. v. Greenpeace, Inc., et al.*
Order of Civil Contempt
Page 2 of 2

Case 3:15-cv-00054-SLG   Document 190   Filed 07/30/15   Page 2 of 2