FILED

JUL 31 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHELL OFFSHORE INC., a Delaware corporation; SHELL GULF OF MEXICO INC., a Delaware corporation,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>GREENPEACE, INC., a California corporation,<br><br>        Defendant - Appellant. | No. 15-35392<br><br>DC No. 3:15 cv-0054 SLG<br>D Alaska, Anchorage<br><br>**O R D E R** |

Before: KOZINSKI, TASHIMA, and M. SMITH, Circuit Judges.

Plaintiffs-Appellees' unopposed motion for extension of time to file answering brief is granted. The Answering brief shall be filed <u>nunc pro tunc</u> on July 23, 2015.