IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OFFSHORE, INC., a Delaware corporation, and SHELL GULF OF MEXICO INC., a Delaware corporation<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>　　　　　　　　　　Defendants. | Case No. 3:15-cv-00054-SLG |

## ORDER OF VOLUNTARY DISMISSAL

Upon consideration of the Joint Motion of the Parties for Voluntary Dismissal (FRCP 41(a)(2)) (Docket 203), the Court hereby GRANTS the motion.

IT IS ORDERED that this action is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs incurred in this action.

IT IS FURTHER ORDERED that the Order Directing Status Report (Docket 202) is WITHDRAWN as moot.

DATED this 11th day of April, 2016 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　 /s/ *Sharon L. Gleason*
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE